**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| VUSURA TECHNOLOGY LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 2:25-cv-00871 |
| v. | § | |
| | § | |
| CISCO SYSTEMS, INC. | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | |
| | § | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Vusura Technology LLC ("Vusura"), files this Complaint and demands a jury trial seeking relief for patent infringement by Defendant Cisco Systems, Inc. ("Cisco" or "Defendant"). In support of this Complaint, Plaintiff alleges as follows upon actual knowledge with respect to itself and its own acts and upon information and belief as to all other matters:

## NATURE OF THE ACTION

1.      This is an action for patent infringement brought by Vusura as the owner of the patents asserted in this Complaint. Vusura alleges that Cisco infringes U.S. Patent Nos. 7,418,092 ("the '092 Patent"); 10,198,741 ("the '741 Patent"); and 11,227,303 ("the '303 Patent") (collectively, the "Asserted Patents"), under the Patent Laws of the United States, 35 U.S.C. § 100 *et seq*.

2.      Vusura alleges that Cisco directly infringes the '092 Patent by performing certain methods claimed therein when using the Accused Products described below, in the United States without a license to do so. Vusura further alleges that Cisco indirectly infringes certain methods claimed in the '092 Patent through its inducement of and/or contribution to the direct infringement of those methods by third parties through the use of the Cisco Accused Products as directed and instructed by Cisco.

3.      Vusura alleges that Cisco directly infringes each of the '741 Patent and the '303 Patent by making, using, offering for sale, selling and/or importing the Accused Products described below, in the United States without a license to do so. Vusura further alleges that Cisco indirectly infringes the claims of the '741 Patent and the '303 Patent through its inducement of and/or contribution to the direct infringement of those claims by third parties through the use of the Cisco Accused Products as directed and instructed by Cisco.

1

4.      Vusura seeks damages and other compensatory relief for Cisco's past and continued infringement of the Asserted Patents.

## THE PARTIES

5.      Plaintiff Vusura is a limited liability company organized and existing under the laws of the State of Nevada, with its principal place of business at 2654 W Horizon Ridge Pkwy B5-229, Henderson, NV 89052. Vusura is the sole owner of all rights, title, and interest in the Asserted Patents, including the right to recover damages for past, present, and future infringement.

6.      On information and belief, defendant Cisco is a corporation organized and existing under the laws of the State of Delaware. Cisco is registered to do business in the State of Texas and may be served through its registered agent Corporation Service Company dba CSC – Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

## JURISDICTION AND VENUE

7.      This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8.      This Court has personal jurisdiction over Cisco in this action because Cisco has committed acts within this District giving rise to this action and has established minimum contacts with this forum such that the exercise of jurisdiction over Cisco would not offend traditional notions of fair play and substantial justice.

9.      Cisco is registered to do business in Texas, and upon information and belief, Cisco, directly and through subsidiaries or intermediaries (including distributors, retailers, and others), has committed and continues to commit acts of infringement in this District by, among other things, making, using, offering to sell, selling, and importing products that infringe the Asserted Patents.

In addition to being registered to do business in the State of Texas, Cisco has offices and facilities in the State of Texas, and actively directs its activities to customers located in the State of Texas.

10.     Cisco has regular and established places of business in this District, including at 2250 and 2300 East President George Bush Highway (Turnpike), Richardson, TX 75082. On information and belief, Cisco employs nearly 2,000 employees in its Richardson, Texas offices and has several open job postings for that office.[1]

11.     The Cisco campus in Richardson spans 78 acres and includes at least seven buildings.

12.     On information and belief, Cisco spent nearly $80 million to retool an unused office building on its Richardson campus as a Tier III data center to support the consolidation of its global network in this judicial district.

13.     Cisco also maintains a 160,000 square foot data center at 2260 Chelsea Blvd., Allen, Texas 75013.[2] On information and belief, Collin County has appraised the value of Cisco's various properties in that county at over $300 million.

14.     Cisco's operations in the Eastern District of Texas are substantial and include, among other things, operations relating to routing and switching functionalities. For instance, one of the technical certification programs offered by Cisco is the Cisco Certified Internetwork Expert ("CCIE") certifications which is offered to both Cisco employees and others in the industry. The CCIE certifications "are a series of technical certifications for senior networking professionals who design, build, implement, maintain, and troubleshoot complex enterprise networking

---

[1] https://www.richardsoneconomicdevelopment.com/community-data/major-employers.
[2] https://www.youtube.com/watch?v=i4IrSARTUkY; https://cherrycoatings.com/project_category/data-centers

infrastructures."[3] The largest subset of CCIE certifications pertains to routing and switching. Cisco has a CCIE lab examination location in Richardson, Texas.

15.     On information and belief, the Cisco data centers in Richardson and Allen, Texas, are utilized by and support Cisco Webex products and services including, but not limited to, the Cisco Webex Contact Center. On information and belief, the Cisco Webex Contact Center is available to and is used by customers in the State of Texas and in this district.

16.     In the "Americas Customer Experience Hits Jan '24" bulletin on the Cisco website, Cisco advertised two Webex Contact Center events, both in Texas.[4] The first event, the "Webex Contact Center Technical Summit" is described as "an on-site event that is being held in Richardson, Texas[.]"[5] The Technical Summit event included "sessions on Webex CC Architecture & Voice Integration, Contact Routing, Digital Channels, AI, Agent and Supervisor Desktop, CRM integrations, APIs, customer Journey use cases, Voice of Customer leveraging XM Next, Reporting and Data, Migration to the Cloud, and Design Challenge Use Cases."[6] The second event, the "Webex Contact Center Bootcamp," is also described as "hosted in Richardson, TX."[7] "The goal of the Bootcamp is to strengthen the foundational understanding of digital engagement within the possibilities with Cisco Webex Contact Center."[8]

17.     On information and belief, Cisco also held a Cisco Webex Contact Center Tech Summit in Richardson, Texas, in summer of 2025. The event included 100+ attendees from approximately 50 Cisco partners, 7 attendees from Cisco Solution Plus Partners, 20 in-person speakers, and 15+ Cisco attendees.

---

[3] https://www.cisco.com/site/us/en/learn/training-certifications/certifications/expert/index.html
[4]     https://community.cisco.com/kxiwq67737/attachments/kxiwq67737/3087j-partner-contact-center-news/13/1/Customer%20Experience%20Hits%20Jan%2024.pdf
[5] *Id.*
[6] *Id.*
[7] *Id.*
[8] *Id.*

18.    In the summer of 2025, an individual on LinkedIn posted about wrapping up "an amazing and insightful Cisco Webex Contact Center Tech Summit, last week in Richardson, Texas!"[9] He noted it was his "second time attending," and gave a "[h]uge thanks to the incredible Webex Contact Center team in Richardson for putting together such a valuable event for partners."[10] The post also included a picture of a Cisco presentation marked 2025 Cisco:



[11]

19.    Cisco has permanent locations in Allen and Richardson, Texas, both of which are located within this District. Cisco employs full-time personnel such as sales personnel and engineers in this District, including in Allen and Richardson, Texas.

---

[9] https://www.linkedin.com/posts/ted-fynn_webex-contactcenter-ai-activity-7317407831614181376-am5i
[10] *Id.*
[11] *Id.*

20.     Cisco has a regular and established place of business in this District and has committed acts of infringement in this District. Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b).

## BACKGROUND

21.     The Asserted Patents were invented and developed by Mr. Wendell Brown, an accomplished inventor, technologist, and entrepreneur with a successful career of innovations that have disrupted a number of major industries. Mr. Brown was the co-founder and Chief Ideas officer of eVoice, the world's first large-scale, Internet-enabled voicemail system which was developed on or around 1998. In 2001, AOL Time-Warner acquired eVoice making it part of the AOL Time-Warner voice services group.   Since leaving AOL Time-Warner in 2001, Mr. Brown has been involved in developing technologies including Voice over IP ("VoIP") products and services.

22.     Mr. Brown devised a number of ideas to improve existing telecommunications systems which culminated in the issuance of over 30 patents in this field, including the Asserted Patents.

## ASSERTED PATENTS

23.     The '092 Patent is titled "Virtual Call Center" and was duly and legally issued by the United States Patent and Trademark Office to inventor Wendell Brown on August 26, 2008, and assigned to Alto Ventures, Inc. The '092 Patent was subsequently assigned to Vusura.

24.     Vusura holds all rights, title, and interest in and to the '092 Patent, including the right to bring this suit and recover all past, present and future damages for infringement of the '092 Patent.

6

25.     Cisco is not licensed to the '092 Patent, either expressly or implicitly, nor does it enjoy or benefit from any other rights in or to the '092 Patent whatsoever.  As such, Cisco's infringement described below has injured, and continues to injure, Plaintiff.

26.     The '092 Patent is valid and enforceable under the United States Patent Laws.

27.     The '092 Patent generally teaches and claims novel improvements to telecommunications technology. The claims of the '092 Patent are novel, non-obvious, and enforceable and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.

28.     The '741 Patent is titled "Method and Apparatus for Content Presentation in Association with a Communication Connection" and was duly and legally issued by the United States Patent and Trademark Office to inventor Wendell Brown on February 5, 2019. The '741 Patent was subsequently assigned to Vusura.

29.     Vusura holds all rights, title, and interest in and to the '741 Patent, including the right to bring this suit and recover all past, present and future damages for infringement of the '741 Patent.

30.     Cisco is not licensed to the '741 Patent, either expressly or implicitly, nor does it enjoy or benefit from any other rights in or to the '741 Patent whatsoever.  As such, Cisco's infringement described below has injured, and continues to injure, Plaintiff.

31.     The '741 Patent is valid and enforceable under the United States Patent Laws.

32.     The '741 Patent generally teaches and claims novel improvements to telecommunications technology. The claims of the '741 Patent are novel, non-obvious, and enforceable and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.

33.     The '303 Patent is titled "Method and Apparatus for Content Presentation in Association with a Telephone Call" and was duly and legally issued by the United States Patent and Trademark Office to inventor Wendell Brown on January 18, 2022. The '303 Patent was subsequently assigned to Vusura.

34.     Vusura holds all rights, title, and interest in and to the '303 Patent, including the right to bring this suit and recover all past, present and future damages for infringement of the '303 Patent.

35.     Cisco is not licensed to the '303 Patent, either expressly or implicitly, nor does it enjoy or benefit from any other rights in or to the '303 Patent whatsoever.  As such, Cisco's infringement described below has injured, and continues to injure, Plaintiff.

36.     The '303 Patent is valid and enforceable under the United States Patent Laws.

37.     The '303 Patent generally teaches and claims novel improvements to telecommunications technology. The claims of the '303 Patent are novel, non-obvious, and enforceable and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.

38.     The Asserted Patents disclose ground breaking technology, and the patents and applications leading to the Asserted Patents have been cited as relevant prior art in patent applications filed by numerous industry leaders including, for example, SAP, Avaya, Wal-Mart Stores, Ericsson, Huawei, AT&T, JP Morgan Chase Bank, ZTE, Sprint, Samsung, Lenovo, USAA, Capital One, Rovi, Dish Network, Google, Zoom, Yahoo, Whatsapp, Amazon, Ringcentral, Microsoft, Paypal, Wells Fargo, Verizon, China Telecom Corporation, Disney, and Meta.

## CISCO'S USE OF THE PATENTED TECHNOLOGY

39.    On information and belief, Cisco began developing a cloud-based contact center in 2018.[12] In 2021, a Cisco employee "describe[d] the Cisco Webex Contact Center platform as a 'tectonic platform shift' that will pave the way for the contact center of the future," noting that "We haven't been on the cutting edge up until now. When the cloud started accelerating in popularity, we had to ask ourselves whether we were going to be another 'me too' provider, or whether we were going to create something new."[13]

40.    In the summer of 2019, Cisco stated that it conducted "a global survey" which revealed that "62% of contact center executives plan[ned] to implement a cloud contact center within the next 18 months."[14]

41.    "The Webex Contact Center portfolio" (referred to herein collectively as the "Webex Contact Center") "is comprised of two cloud offerings[:]" (1) Webex Contact Center Enterprise; and (2) Webex Contact Center. [15] On information and belief, the Webex Contact Center was available in North America at least as early as 2020.

42.    "Webex Contact Center is a next-generation cloud contact center solution," and it was "[d]esigned and built from its foundation as a Software-as-a-Service (SaaS) cloud solution."[16] "As a cloud-based subscription, Webex Contact Center enables rapid time to market and time to new revenue while minimizing upfront capital investment."[17] "Webex Contact Center is available

---

[12] https://www.cxtoday.com/contact-center/ciscos-cloud-contact-centre-the-journey-has-just-started/
[13] *Id.*
[14]      https://blog.webex.com/customer-experience/cisco-introduces-cloud-based-webex-contact-center-portfolio-at-annual-cisco-apjc-contact-centre-symposium/
[15] *Id.*
[16] https://www.webex.com/content/dam/wbx/us/documents/pdf/CM-1440_Webex_Contact_Center_Data_Sheet.pdf
[17]*Id.*

as part of the Cisco Collaboration Flex Plan, which provides an intelligent and practical path for migrating from an on-premises to cloud contact center and collaboration solutions." [18]

43.    "Webex Contact Center intelligently distributes calls across: [t]eams and agents in multiple sites [and] remote agents."[19] "Routing strategies can be created to leverage skill assignments at the team or agent level."[20] "Agent availability and skill sets are accurately matched with customer priority, value, and needs. Agents are more productive, and customers are better served." [21] "With Webex Contact Center, calls are **queued in the cloud network**, not on-premises based equipment. This approach provides substantial savings in telecom hardware, toll charges, and bandwidth. The ability to centrally manage contact center resources on a global level eliminates variances in queue times among sites and lowers administration expenses."[22]

44.    Webex Contact Center allows "Skills-based routing" (which Cisco says "helps contact centers manage agent skill sets at a granular level to optimize call routing strategies"); "Longest available agent routing" (which Cisco describes as routing where "[i]ncoming contacts get directed to the agent who has been available for the longest time"); and "Capacity-based team routing" (which Cisco says "[a]llows routing of calls to phone numbers, without requiring agents to sign on to the system").[23] "Call distribution configuration, management, and reporting is managed through the web-based Webex Contact Center flow builder." [24]

---

[18]*Id.*
[19]*Id.*
[20]*Id.*
[21]*Id.*
[22]*Id.*
[23]*Id.*
[24]*Id.*

45.     One of the features of the Webex Contact Center is the "Agent interaction history" which Cisco says "provides the ability for agents to view previous communications with a customer across all channels (voice, email, chat, and social)." [25]

46.     Cisco imports, makes, uses, sells, and/or offers to sell the Webex Contact Center in the United States, in Texas, and in this District.

47.     Cisco commissioned Forrester Consulting to perform at least one Total Economic Impact ("TEI") study to determine the cost savings and business benefits enabled by Webex Contact Center.[26] The Forrester Study "concluded that Webex Contact Center delivered a 304% ROI and improved contact center operations over a three-year period."[27] Specifically, the organizations analyzed in the Forrester Study identified a number of "key challenges" they struggled with before implementing the Webex Contact Center including, for example, "Lack of scalability," "Limited capacity for call center employees," "Unreliable legacy environment," "Disparate legacy systems," and "Minimal visibility into call center analytics."[28] The Forrester Study identified a number of benefits derived from use of the Webex Contact Center including, for example, "Savings from reduced IT support costs," "Labor savings on deflected calls," "Legacy license savings," "Streamlined customer care and quality management costs," and "Avoided cost of downtime."[29]

## COUNT I: INFRINGEMENT OF U.S. PATENT NO. 7,418,092

48.     Plaintiff realleges and incorporates by reference the foregoing paragraphs as if fully set forth herein.

---

[25] *Id.*
[26]     Available     at     https://www.webex.com/content/dam/wbx/us/gated/forrester-tei-of-webex-contact-center.pdf (hereinafter, "Forrester Study").
[27] https://www.webex.com/gp/forrester-tei-contact-center.html
[28]     Available     at     https://www.webex.com/content/dam/wbx/us/gated/forrester-tei-of-webex-contact-center.pdf (hereinafter, "Forrester Study").
[29] *Id.*

49.     On information and belief, Cisco has directly infringed and continues to directly infringe one or more claims of the '092 Patent by performing within the United States Cisco's "'092 Accused Methods" pursuant to 35 U.S.C. § 271(a). Cisco's '092 Accused Methods include, but are not necessarily limited to, the use and operation of Cisco's Webex Contact Center, and any other Cisco products, either alone or in combination, that operate in a reasonably similar manner (collectively, "Accused Products").

50.     On information and belief, Cisco has performed the '092 Accused Methods throughout the United States including in Texas and in this District.

51.     Claim 1 of the '092 Patent recites:

[Preamble] In a call control system operative as a call center, said call center being physically distributed, a method for controlling routing of a telephone call comprising:

[1A] receiving a call at an incoming gateway (301) of the call control system (10);

[1B]separating the call into components of a signaling channel (16) and a bearer channel (18);

[1C] signaling from the incoming gateway to a call control system that said call has been received by the incoming gateway;

[1D] determining via a call routing system (400) the termination point to which said telephone call should be delivered from incoming call information of the signaling channel (16) and from information and availability of a qualified agent at a termination point (500 or 600) to establish a selected termination point;

[1E] signaling with control signals from said call control system to an outgoing gateway coupled to said selected termination point;

[1F] causing said an outgoing gateway (308) to connect to the incoming gateway (301) via a digital voice packet connection to carry content of said bearer channel (18); and

[1G] directing content of said bearer channel (18) of said call from the outgoing gateway (308) to said selected termination point (500 or 600).

52.     On information and belief, Cisco has been performing and continues to perform each and every limitation of at least exemplary claim 1 of the '092 Patent in the United States.

53.    To the extent the preamble is limiting, Cisco performs the claimed method in a call control system operative as a call center, said call center being physically distributed.

54.    The Webex Contact Center is a call control system operative as a call center.





---

[30] Cisco Live Presentation entitled "Webex Contact Center Detailed Solution Architecture" by Shailesh Chourasia, previously available at https://www.ciscolive.com/c/dam/r/ciscolive/apjc/docs/2020/pdf/BRKCOL-2350.pdf, at 10.
[31] Webex Contact Center brochure, https://www.webex.com/content/dam/wbx/us/documents/pdf/all_new_webex_contact_center_brochure.pdf, at 42.



55.     The Webex Contact Center is a call center that is physically distributed and Cisco performs a method for controlling routing of a telephone call in that call center.

---

[32] Webex Contact Center Data Sheet, https://www.webex.com/content/dam/wbx/us/documents/pdf/CM-1440_Webex_Contact_Center_Data_Sheet.pdf, at 3.

## Webex Contact Center Overview

Contact centers of multisourcing enterprises leverage a combination of sourcing solutions, including captive, outsourced, and offshore. The typical multisource contact-center environment is organizationally complex, consisting of sites located all over the world, and staffed by direct company employees and/or outsourced agents.

In this environment, most locations operate independently and use disparate contact center technologies, including routing, administrative solutions, and reporting tools. This combination of tools and technologies makes both management and quality monitoring across different locations extremely challenging.

Cisco's Webex Contact Center offers a unique solution that combines contact center and IP technologies in a global call management service. The Webex Contact Center solution is built on the Cisco Midpoint Call Management ® technology, a centralized control point for managing and monitoring calls and contacts across a heterogeneous contact center environment.

Offered as a cloud service, Webex Contact Center provides enterprises with full control over their global contact center queues and creates the appearance of a single, unified contact center environment. Calls, chats, and emails are distributed to the contact center sites where agents are available. When agents are occupied, contacts are queued centrally so they can be serviced by the next available agent irrespective of the physical location of the agent.

In the voice context, by queuing calls centrally, enterprises can offload the queuing function from their premises-based equipment, thus achieving substantial cost savings in telecom hardware, toll charges, and bandwidth use. More importantly, a call can be directed to the next available agent at any site. And because the endpoint of the call can be anywhere around the globe, Webex Contact Center seamlessly integrates remote agents and at-home agents into the enterprise's multisource contact center environment.

**Cisco Webex Contact Center 1.0 Setup and Administration Guide**    1

33

## About Sites, Teams, Entry Points, and Queues

A Webex Contact Center tenant is an enterprise that has contact centers at one or more sites. The enterprise also has entry points for incoming contacts that are associated with queues. Incoming contacts can be toll-free numbers for voice calls, designated email addresses for emails, or chats with agents. For example, an enterprise that is named Acme might have an entry point that is named Welcome. Welcome classifies contacts into AcmeBilling and distributes to teams of agents in Chicago, Manila, and Bangalore.

Each Webex Contact Center tenant profile consists of sites, teams, entry points, and queues.

- A site is a physical contact center location under the control of the enterprise or an outsourcer. For example, Acme might have sites in Chicago, Manila, and Bangalore.

- A team is a group of agents at a specific site who handle a particular type of contact. For example, Acme might have teams at their Chicago site that are named Chi_Billing, Chi_Sales, and Chi_GoldCustomerService, and teams at their Bangalore site named Bgl_Billing, Bgl_GoldCustomerService, and Bgl_Experts. Agents can be assigned to more than one team, but an agent can service only one team at a time.

- An entry point is the initial landing place for the customer contacts on the Webex Contact Center system. For the voice contacts, typically one or more toll-free or dial numbers are associated with an entry point. IVR call treatment is performed while a call is in the entry point.

- A queue is where active contacts are kept while they await handling by an agent. Contacts are moved from the entry point into a queue and are distributed to agents.

Tenants that use the outdial feature are also configured with at least one outdial entry point and one outdial queue.

34

---

[33] Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, also available at : https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 1; *see also* https://help.webex.com/en-us/article/n5595zd/Webex-Contact-Center-Setup-and-Administration-Guide.

[34] Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, also available at: https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 2; *see also* https://help.webex.com/en-us/article/n5595zd/Webex-Contact-Center-Setup-and-Administration-Guide.



56.    As shown below, the Webex Contact Center receives a call at an incoming gateway of the call control system. Therefore, Cisco performs claim element 1[A] of the '092 Patent.



---

35 Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 10.
36 Cisco Webex Contact Center 1.0 Voice Onboarding Guide, https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Voiceonboarding1/wcc_b__voiceonboarding.pdf, at 6-7.



37

Telephony

For Telephony, the inbound Voice Call handling is decided by how the call entered the contact center (see Ingress Mechanisms below) and the Webex CC Flow that's associated with the entry point.

The call gets answered and further actions are done as per the Webex CC Flow definition – which is a programmatic representation of the actions to be performed while handling the call either prior to queueing and routing to an agent or the Flow itself can handle the call with no transfer to an agent.

The Flow Builder in Webex CC allows developers to define the flow and assign it to the entry point via which the call arrives in Webex CC.

These configuration entities and their usage are covered in *Configuration Entities*.

More information on Flow Builder is covered in the upcoming section on IVR System.

38

---

[37]     Cisco     Webex     Contact     Center     1.0     Voice     Onboarding     Guide, https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Voiceonboarding1/wcc_b__voiceonboarding.pdf, at 6-7.
[38] Webex Contact Center Architecture Help Article, https://help.webex.com/article/utqcm7, at 4.



**Ingress Mechanisms**

This section covers the mechanisms by which an interaction can enter Webex CC. Based on the media type, the mechanisms by which an interaction reaches Webex CC are different.

For example, in telephony there is physical infrastructure provisioning needed to enable PSTN connectivity, configuration of the phone numbers, and routing the calls to Webex CC.

For email / messaging channels, the ingress configuration must be done in Webex Connect and it involves email/messaging account provisioning and Webex Connect flow configuration.

**Inbound Voice**

For voice calls, a typical scenario is where users dial a PSTN phone number which then gets connected to the contact center. From an ingress perspective, this needs a mechanism to route calls from PSTN to Webex CC.

The following figure illustrates the voice call ingestion to Webex CC.

*Ingress Options for Inbound Voice*

The Voice Ingress Services in Webex CC performs third party call control using SIP and answers the incoming call as well as perform transfer, conference, and other call control operations.

The logical entry point for calls in the Webex CC is the configuration entity named 'Entrypoint'. For Voice ingress, the key configuration of Entrypoint is the phone number associated with it, which is typically a valid PSTN phone number obtained from chosen PSTN provider.

This enables detecting incoming calls on the phone number, associate the call to Entrypoint and use other configuration parameters of the entry point to handle the call as per the Webex CC Flow definition that should be triggered for the interaction.

39

# Webex Contact Center Overview

Contact centers of multisourcing enterprises leverage a combination of sourcing solutions, including captive, outsourced, and offshore. The typical multisource contact-center environment is organizationally complex, consisting of sites located all over the world, and staffed by direct company employees and/or outsourced agents.

In this environment, most locations operate independently and use disparate contact center technologies, including routing, administrative solutions, and reporting tools. This combination of tools and technologies makes both management and quality monitoring across different locations extremely challenging.

Cisco's Webex Contact Center offers a unique solution that combines contact center and IP technologies in a global call management service. The Webex Contact Center solution is built on the Cisco Midpoint Call Management ® technology, a centralized control point for managing and monitoring calls and contacts across a heterogeneous contact center environment.

Offered as a cloud service, Webex Contact Center provides enterprises with full control over their global contact center queues and creates the appearance of a single, unified contact center environment. Calls, chats, and emails are distributed to the contact center sites where agents are available. When agents are occupied, contacts are queued centrally so they can be serviced by the next available agent irrespective of the physical location of the agent.

In the voice context, by queuing calls centrally, enterprises can offload the queuing function from their premises-based equipment, thus achieving substantial cost savings in telecom hardware, toll charges, and bandwidth use. More importantly, a call can be directed to the next available agent at any site. And because the endpoint of the call can be anywhere around the globe, Webex Contact Center seamlessly integrates remote agents and at-home agents into the enterprise's multisource contact center environment.

**Cisco Webex Contact Center 1.0 Setup and Administration Guide**          **1**

40

---

[39] Webex Contact Center Architecture Help Article, https://help.webex.com/article/utqcm7, at 5.

[40] Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, also available at : https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 1; *see also* https://help.webex.com/en-us/article/n5595zd/Webex-Contact-Center-Setup-and-Administration-Guide.

### About Sites, Teams, Entry Points, and Queues

A Webex Contact Center tenant is an enterprise that has contact centers at one or more sites. The enterprise also has entry points for incoming contacts that are associated with queues. Incoming contacts can be toll-free numbers for voice calls, designated email addresses for emails, or chats with agents. For example, an enterprise that is named Acme might have an entry point that is named Welcome. Welcome classifies contacts into AcmeBilling and distributes to teams of agents in Chicago, Manila, and Bangalore.

Each Webex Contact Center tenant profile consists of sites, teams, entry points, and queues.

- A site is a physical contact center location under the control of the enterprise or an outsourcer. For example, Acme might have sites in Chicago, Manila, and Bangalore.

- A team is a group of agents at a specific site who handle a particular type of contact. For example, Acme might have teams at their Chicago site that are named Chi_Billing, Chi_Sales, and Chi_GoldCustomerService, and teams at their Bangalore site named Bgl_Billing, Bgl_GoldCustomerService, and Bgl_Experts. Agents can be assigned to more than one team, but an agent can service only one team at a time.

- An entry point is the initial landing place for the customer contacts on the Webex Contact Center system. For the voice contacts, typically one or more toll-free or dial numbers are associated with an entry point. IVR call treatment is performed while a call is in the entry point.

- A queue is where active contacts are kept while they await handling by an agent. Contacts are moved from the entry point into a queue and are distributed to agents.

Tenants that use the outdial feature are also configured with at least one outdial entry point and one outdial queue.

41



42



43

41 Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, also available at : https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 2; *see also* https://help.webex.com/en-us/article/n5595zd/Webex-Contact-Center-Setup-and-Administration-Guide.
42 Cisco Live Presentation entitled "Exploring Webex Contact Center Functionality and Use Cases," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2023/pdf/BRKCCT-2724.pdf, at 13.
43 Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 10.



44



45



46

---

44 Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 14.

45 Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 19.

46 Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 34.





57.    As shown below, the Webex Contact Center separates the call into components of a signaling channel and a bearer channel. Therefore, Cisco performs claim element 1[B] of the '092 Patent.

---

47 Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 35.
48 Cisco Live Presentation entitled "Understanding Your PSTN Options for the Cisco Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-2023.pdf, at 39.





---

49 Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 34.
50 Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 35.



51

## Consolidated Terminology

| Acronym / Term | What? |
|---|---|
| WCC / Webex Contact Center | Cisco's Cloud Contact Center as a Service offering |
| SBC / Session Border Controller<br>CUBE / Cisco Unified Border Element<br>VGW / Voice Gateway | Translates Public Switched Telephony Network (PSTN) to Voice over IP (VoIP) &<br>Connects customer enterprise to WCC |
| PBX / Private Branch Exchange<br>UCM / Communications Manager<br>(Call Manager) | Phone system |
| DTMF / Dual-Tone Multi-Frequency | Touch-tone sound your phone makes when you press the keypad |
| DID / Direct Inward Dial<br>DN / Dial Number | Personal number assigned to an employee's phone |
| Agent | Person who handles incoming or outgoing contact center interactions |
| RTP / Real-time Transport Protocol | Voice call audio path |
| SIP / Session Initiation Protocol | Signaling for initiating, maintaining, and terminating real-time sessions |

52

---

51 Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 47.

52 Cisco Live Presentation entitled "Designing Cloud & Hybrid Contact Centers with Webex Contact Center," https://web.archive.org/web/20240408173321/https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2020/pdf/BRKCCT-2004-Notes.pdf, at 160.





---

53 Cisco Live Presentation entitled "Designing Cloud & Hybrid Contact Centers with Webex Contact Center," https://web.archive.org/web/20240408173321/https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2020/pdf/BRKCCT-2004-Notes.pdf, at 95.

54 Cisco Live Presentation entitled "Understanding Your PSTN Options for the Cisco Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-2023.pdf, at 6.



58.    As shown below, the Webex Contact Center signals from the incoming gateway to a call control system that said call has been received by the incoming gateway. Therefore, Cisco performs claim element 1[C] of the '092 Patent.



---

[55] Cisco Live Presentation entitled "Understanding Your PSTN Options for the Cisco Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-2023.pdf, at 9.



<sup>56</sup>

Telephony

For Telephony, the inbound Voice Call handling is decided by how the call entered the contact center (see Ingress Mechanisms below) and the Webex CC Flow that's associated with the entry point.

The call gets answered and further actions are done as per the Webex CC Flow definition – which is a programmatic representation of the actions to be performed while handling the call either prior to queueing and routing to an agent or the Flow itself can handle the call with no transfer to an agent.

The Flow Builder in Webex CC allows developers to define the flow and assign it to the entry point via which the call arrives in Webex CC.

These configuration entities and their usage are covered in *Configuration Entities*.

More information on Flow Builder is covered in the upcoming section on IVR System.

<sup>57</sup>

---

<sup>56</sup>    Cisco    Webex    Contact    Center    1.0    Voice    Onboarding    Guide, https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Voiceonboarding1/wcc _b__voiceonboarding.pdf, at 6-7.
<sup>57</sup> Webex Contact Center Architecture Help Article, https://help.webex.com/article/utqcm7, at 4.

**Ingress Mechanisms**

This section covers the mechanisms by which an interaction can enter Webex CC. Based on the media type, the mechanisms by which an interaction reaches Webex CC are different.

For example, in telephony there is physical infrastructure provisioning needed to enable PSTN connectivity, configuration of the phone numbers, and routing the calls to Webex CC.

For email / messaging channels, the ingress configuration must be done in Webex Connect and it involves email/messaging account provisioning and Webex Connect flow configuration.

**Inbound Voice**

For voice calls, a typical scenario is where users dial a PSTN phone number which then gets connected to the contact center. From an ingress perspective, this needs a mechanism to route calls from PSTN to Webex CC.

The following figure illustrates the voice call ingestion to Webex CC.



*Ingress Options for Inbound Voice*

The Voice Ingress Services in Webex CC performs third party call control using SIP and answers the incoming call as well as perform transfer, conference, and other call control operations.

The logical entry point for calls in the Webex CC is the configuration entity named 'Entrypoint'. For Voice ingress, the key configuration of Entrypoint is the phone number associated with it, which is typically a valid PSTN phone number obtained from chosen PSTN provider.

This enables detecting incoming calls on the phone number, associate the call to Entrypoint and use other configuration parameters of the entry point to handle the call as per the Webex CC Flow definition that should be triggered for the interaction.

58

---

[58] Webex Contact Center Architecture Help Article, https://help.webex.com/article/utqcm7, at 5.

## Webex Contact Center Overview

Contact centers of multisourcing enterprises leverage a combination of sourcing solutions, including captive, outsourced, and offshore. The typical multisource contact-center environment is organizationally complex, consisting of sites located all over the world, and staffed by direct company employees and/or outsourced agents.

In this environment, most locations operate independently and use disparate contact center technologies, including routing, administrative solutions, and reporting tools. This combination of tools and technologies makes both management and quality monitoring across different locations extremely challenging.

Cisco's Webex Contact Center offers a unique solution that combines contact center and IP technologies in a global call management service. The Webex Contact Center solution is built on the Cisco Midpoint Call Management ® technology, a centralized control point for managing and monitoring calls and contacts across a heterogeneous contact center environment.

Offered as a cloud service, Webex Contact Center provides enterprises with full control over their global contact center queues and creates the appearance of a single, unified contact center environment. Calls, chats, and emails are distributed to the contact center sites where agents are available. When agents are occupied, contacts are queued centrally so they can be serviced by the next available agent irrespective of the physical location of the agent.

In the voice context, by queuing calls centrally, enterprises can offload the queuing function from their premises-based equipment, thus achieving substantial cost savings in telecom hardware, toll charges, and bandwidth use. More importantly, a call can be directed to the next available agent at any site. And because the endpoint of the call can be anywhere around the globe, Webex Contact Center seamlessly integrates remote agents and at-home agents into the enterprise's multisource contact center environment.

**Cisco Webex Contact Center 1.0 Setup and Administration Guide**    **1**

59

## About Sites, Teams, Entry Points, and Queues

A Webex Contact Center tenant is an enterprise that has contact centers at one or more sites. The enterprise also has entry points for incoming contacts that are associated with queues. Incoming contacts can be toll-free numbers for voice calls, designated email addresses for emails, or chats with agents. For example, an enterprise that is named Acme might have an entry point that is named Welcome. Welcome classifies contacts into AcmeBilling and distributes to teams of agents in Chicago, Manila, and Bangalore.

Each Webex Contact Center tenant profile consists of sites, teams, entry points, and queues.

- A site is a physical contact center location under the control of the enterprise or an outsourcer. For example, Acme might have sites in Chicago, Manila, and Bangalore.

- A team is a group of agents at a specific site who handle a particular type of contact. For example, Acme might have teams at their Chicago site that are named Chi_Billing, Chi_Sales, and Chi_GoldCustomerService, and teams at their Bangalore site named Bgl_Billing, Bgl_GoldCustomerService, and Bgl_Experts. Agents can be assigned to more than one team, but an agent can service only one team at a time.

- An entry point is the initial landing place for the customer contacts on the Webex Contact Center system. For the voice contacts, typically one or more toll-free or dial numbers are associated with an entry point. IVR call treatment is performed while a call is in the entry point.

- A queue is where active contacts are kept while they await handling by an agent. Contacts are moved from the entry point into a queue and are distributed to agents.

Tenants that use the outdial feature are also configured with at least one outdial entry point and one outdial queue.

60

---

59 Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, also available at : https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 1; *see also* https://help.webex.com/en-us/article/n5595zd/Webex-Contact-Center-Setup-and-Administration-Guide.

60 Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, also available at : https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 2; *see also* https://help.webex.com/en-us/article/n5595zd/Webex-Contact-Center-Setup-and-Administration-Guide.







---

61 Cisco Live Presentation entitled "Exploring Webex Contact Center Functionality and Use Cases," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2023/pdf/BRKCCT-2724.pdf, at 13.
62 Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 10.
63 Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 14.







---

[64] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 19.

[65] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 34.

[66] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 35.



59.    As shown below, the Webex Contact Center determines via a call routing system the termination point to which said telephone call should be delivered from incoming call information of the signaling channel and from information and availability of a qualified agent at a termination point to establish a selected termination point. Therefore, Cisco performs claim element 1[D] of the '092 Patent.

# Routing

Contact routing is the mechanism that matches a contact in a queue with the right agent who is associated with the same queue and has capacity and eligibility to handle contacts. Contacts can be assigned to agents whose skills satisfy specific skill requirements or distributed among a group of agents using one of many rule-based patterns. The behavior of contact routing can be configured through a variety of routing patterns (algorithms) offered in Webex Contact Center across different types of queues. Administrators can choose the routing pattern for each queue when they configure them.

Webex Contact Center automatically routes contacts to agents to ensure efficient resource utilization. It effectively manages scenarios where the number of contacts in the queue exceeds the number of available agents, as well as when there are more agents than queued contacts.

*** 

### Agent Surplus Scenario

Agent Surplus scenario occurs when there are more available agents than there are contacts in queue. In this case, when a customer interaction (contact) is queued, the system attempts to find a matching agent for this specific contact immediately, and if a matching agent is found, the contact need not be parked in queue and wait for a matching agent to be available later.

Each time a contact undergoes expansion through a Call Distribution Group, or through skill relaxation, the system again attempts to find a matching agent for this specific contact immediately.

***

---

[67] Cisco Live Presentation entitled "Understanding Your PSTN Options for the Cisco Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-2023.pdf, at 39.

- **Queue Ranking**

  Queue ranking enables administrators to specify the relative importance of queues. Administrators can define queue rankings to set the order in which calls are routed from queues to agents logged-in to teams, on a per-team basis.

  For example, consider that agents logged-in to Team A are associated with two queues – "Billing" and "Sales". Administrators could use queue ranking to assign a higher ranking to the "Billing" queue, so when contacts come into the queues, contacts from "Billing" will be routed to agents belonging to Team A ahead of contacts from "Sales" queues. This will happen even though there might be older and higher-priority contacts that could be waiting in "Sales" queue - just because "Billing" queue has a higher queue ranking than "Sales" queue. Only when there are no more waiting contacts in "Billing" queue, agents from Team A will be routed contacts from "Sales" (and any other) queue that they are associated with.

*** 

- **Contact Priority**

  When a contact is queued, its priority can be defined by assigning a hierarchical importance ranging from 1 (highest) to 10 (lowest, default). This prioritization ensures that certain contacts are addressed more quickly based on their importance, urgency, or strategic value to the organization. When an agent is available to handle the next contact among all parked contacts across all queues that the agent is associated with, the highest priority contact across all queues is routed to the agent (provided other criteria such as skill matching and others are satisfied).

  For the contacts that are queued without any explicit priority, a default priority of 10 (lowest) is considered. Among multiple contacts that have the same priority, the contact waiting in the queue for the longest duration is routed first to the available and eligible agent.

***

### Skill Based

Skill-based routing patterns in Webex Contact Center direct incoming customer interactions to agents based on specific skills required to resolve the inquiry, such as language proficiency or technical expertise. These patterns ensure that each customer connects to the most qualified agent, enhancing service efficiency and customer satisfaction. Benefits include reduced handling time, improved resolution rates, and optimized use of agent resources by aligning their expertise with customer needs.

When skill-based routing patterns are used, first the skill requirement of the contact (assigned in flow) or the skill criteria assigned to queue are used to filter available agents whose skills satisfy these requirements / criteria entirely. Then, among agents who are filtered, a single one is selected for the contact based on the routing pattern configured.

***

### Set Contact Priority

The Set Contact Priority activity facilitates effective contact priority management within the flow by allowing the assignment of specific priority levels to contacts. This enables certain contacts to be given higher or lower importance, ensuring they are routed appropriately in comparison to other waiting contacts when agents become available. This flexibility allows for precise control over contact prioritization throughout the flow.

The priority is established by assigning a hierarchical importance level from 1 (highest) to 9 (lowest). Contacts with the highest priority are routed before those with lower priorities. When multiple contacts share the same priority level, the contact that has been waiting the longest is routed first to the next available and eligible agent. This system ensures that higher-priority contacts receive prompt attention while maintaining fairness among contacts of equal priority based on their wait time.

---

68    https://help.webex.com/en-us/article/np2fdx/Understand-Routing-and-Queueing-in-Webex-Contact-Center#queueing





[69] Cisco Live Presentation entitled "Webex Contact Center Capabilities and Roadmap," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-1016.pdf, at 13.

[70] Cisco Live Presentation entitled "Webex Contact Center Capabilities and Roadmap," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2028.pdf, at 9.



### About Contact Routing

The Routing Strategy module provides a flexible environment for routing contacts to the best resource, regardless of location. Each incoming contact arrives at an entry point, from where it's sent to queue for distribution among teams at contact center sites according to scheduled routing strategies, scheduled team capacity strategies, and queue precedence settings specified in the Routing Strategy module.

In addition, if your enterprise uses the outdial feature, each outdial call passes through an outdial entry point and outdial queue according to routing strategies in the Routing Strategy module.



**Note**    Although the examples in the following sections refer to phone contacts, the same contact routing options are available to other media types.

### Basic Contact Routing

An incoming call arrives at an entry point where the caller is presented with three options. After the caller selects an option, the call is sent to a queue, where it waits for an agent to become available on one of the teams servicing that queue.

Each entry point and queue is associated with one or more routing strategies, which control how calls get serviced at specified time intervals, including what call control script to use to treat the call and what audio file to play when a call arrives or is waiting in queue.

In addition, the routing strategy for a queue specifies which teams receive calls and in what order, how long the call can wait in queue (before it gets distributed to an overflow destination number), and fail-over settings for agents and teams. You can specify one of the following options for identifying an agent to service a call:

**Cisco Webex Contact Center 1.0 Setup and Administration Guide**      103

- Longest Available Agent—Incoming calls get directed to the agent who has been available for the longest time.
- Load Balance—Incoming calls get distributed among a group of teams based on ratios specified in the strategy.
- Priority Based—Incoming calls get distributed to agent teams based on a priority rating assigned to each team.
- Skill Based—Incoming calls get distributed to agents who possess a required set of skills, such as language fluency or product expertise.

---

71    Cisco    Live    Presentation    entitled    "Webex    Contact    Center    Developer    Overview,"
https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/DEVNET-1699.pdf, at 8.

72    Cisco    Webex    Contact    Center    1.0    Setup    and    Administration    Guide,    previously    available    at
https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-
Administration-Guide-WxCC-10/b_mp-release-1.pdf,    also    available    at    :
https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/c
ontact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 103-104.

## Features and benefits

### Routing and queue management

Webex Contact Center intelligently distributes calls across:

- Teams and agents in multiple sites
- Remote agents

Routing strategies can be created to leverage skill assignments at the team or agent level.

Agent availability and skill sets are accurately matched with customer priority, value, and needs. Agents are more productive, and customers are better served.

From a simple, user-friendly interface, supervisors can change routing strategies without knowing complex scripting languages. This allows customer organizations to maximize resources and respond quickly to changing conditions.

Modifications to routing strategies take effect immediately and can be applied to current calls in queue.

With Webex Contact Center, calls are queued in the cloud network, not on-premises base equipment. This approach provides substantial savings in telecom hardware, toll charges, and bandwidth. The ability to centrally manage contact center resources on a global level eliminates variances in queue times among sites and lowers administration expenses.

### Routing type options

Webex Contact Center offers a full range routing options to serve a variety of contact center needs.

Webex Contact Center supports routing strategies that take into account the real-time nature of channels such as voice and chat. This allows administrators to define the number of simultaneous real-time interactions an agent, team, or site should be tasked with handling at any given time. Alternatively, agents, teams, or sites may be set to an "exclusive" routing status, whereby they are only accountable for one conversation at any time.

### Routing options include:

**Skills-based routing:** This helps contact centers manage agent skill sets at a granular level to optimize call routing strategies. Agents can be assigned multiple skills and skill types based on their proficiencies. Agents' skills can be defined as:

- A proficiency score of 1 to 10
- A "true" or "false" value
- A predefined value
- Free-form text

**Longest available agent routing:** Incoming contacts get directed to the agent who has been available for the longest time.

**Capacity-based team routing:** Allows routing of calls to phone numbers, without requiring agents to sign on to the system. This is effective when the people taking the call are not traditional call center agents or the calls may be answered by voicemail, answering machines, or hunt groups.

The capacity-based team does not have specific agents assigned to it, and the agents do not use the Webex Contact Center agent desktop. A capacity-based team might be used to represent a voice mailbox or an agent group that is not managed by the Webex Contact Center system. The capacity of such teams is determined by the capacity setting, which can be overwritten by team capacity strategies defined in the routing strategy module.

Global routing overrides can be applied to one or more entry points.

### Call distribution

Call distribution configuration, management, and reporting is managed through the web-based Webex Contact Center flow builder. Access rights are restricted by user login, so customer administrators or supervisors can only manage the sites for which they are responsible.

© 2023 Cisco and/or its affiliates. All rights reserved.

webex by cisco

73

---

73 Cisco Webex Contact Center Datasheet, https://www.webex.com/content/dam/wbx/us/documents/pdf/CM-1440_Webex_Contact_Center_Data_Sheet.pdf, at 5.

**Voice/Telephony Specific Additional Capabilities**

**Agent based routing (only for voice/telephony channel)**

Webex CC Flow, using the activity QueueToAgent, can route interactions directly to the chosen agent based on the agent Id.

If the agent is not available to handle interactions, interaction can be parked, in an agent specific queue, waiting for the agent to become available

**Advanced queue information**

Webex CC Flow, using the activity GetQueueInfo, can fetch real-time information for a queue like Position in Queue (PIQ), Estimated Wait Time (EWT), number of agents available in the queue, and can be used to decide whether to queue the contact or not.

**Courtesy callback**

Webex CC Flow, using activity Callback, lets the customer disconnect from the call while maintaining the position in queue and receive a callback when the virtual interaction in queue gets routed to an agent.

**Overflow handling**

Webex CC supports overflow handling using Capacity Based Teams (CBT).

CBT is like a regular team with a capacity and an associated external DN that serves that capacity. It can be configured along with other teams in the Queue Call Distribution Cycles.

Usually, this is configured as the last cycle so that it acts as an overflow if no agent is available even after all the configured Call Distribution Groups fail to find an available matching agent for handling the interaction.

74

**About Skills-based Routing**

Skills-based Routing (SBR) is an optional feature that matches the needs of contacts with agents who have the skills to best meet those needs. SBR is available for voice contacts as well as digital channel contacts. When calls arrive at an entry point, SBR classifies the calls into subsets. You can route the calls in each subset to agents who possess a required set of skills, such as language fluency or product expertise.

SBR assigns skill requirements to calls in a flow. Based on the assigned skill requirements, the calls enter a queue for distribution to agents who have matching skills. You can configure SBR in a way that removes or reduces the skill requirements of agents if an agent is not available within a time interval that is specified in the queue. For more information, see *Skill Definitions*. To remove or reduce the skill requirements, specify the skill relaxations in the *Queue Contact* activity.

SBR matches all skill requirements of contacts with the skills of agents. If one of the skill requirements of a contact is invalid because skill values are not properly defined in the flow, SBR cannot find a matching agent. In such cases, the call is routed to the longest available agent.

SBR provides the following capabilities:

- Match skill requirements of contacts with agents who have those specific skills.
- Add skill requirements to contacts and route contacts with the same skill requirements to a single queue. For more information, see *Queue Contact* activity.
- Configure different agent teams with a set of agents to serve a queue. For more information, see *Create a Queue and an Outdial Queue.*
- Map various skills to the profiles of these agents. For more information, see *Agent Profiles.*

75

60.     As shown below, the Webex Contact Center signals with control signals from said call control system to an outgoing gateway coupled to said selected termination point. Therefore, Cisco performs claim element 1[E] of the '092 Patent.

---

[74] Webex Contact Center Architecture Help Article, https://help.webex.com/article/utqcm7, at 10.

[75] https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/SetupandAdministrationGuide_2/b_mp-release-2/b_cc-release-2_chapter_0100.html







[76] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 34.

[77] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 35.

[78] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 47.





---

[79] Cisco Live Presentation entitled "Designing Cloud & Hybrid Contact Centers with Webex Contact Center," https://web.archive.org/web/20240408173321/https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2020/pdf/BRKCCT-2004-Notes.pdf, at 160.

[80] Cisco Live Presentation entitled "Webex Contact Center Developer Overview," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/DEVNET-1699.pdf, at 8.

Figure 4: Inbound Call to an Agent

81

**Telephony**

For Telephony, the inbound Voice Call handling is decided by how the call entered the contact center (see Ingress Mechanisms below) and the Webex CC Flow that's associated with the entry point.

The call gets answered and further actions are done as per the Webex CC Flow definition – which is a programmatic representation of the actions to be performed while handling the call either prior to queueing and routing to an agent or the Flow itself can handle the call with no transfer to an agent.

The Flow Builder in Webex CC allows developers to define the flow and assign it to the entry point via which the call arrives in Webex CC.

These configuration entities and their usage are covered in *Configuration Entities*.

More information on Flow Builder is covered in the upcoming section on IVR System.

82

---

81     Cisco     Webex     Contact     Center     1.0     Voice     Onboarding     Guide, https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Voiceonboarding1/wcc_b__voiceonboarding.pdf, at 6-7.
82 Webex Contact Center Architecture Help Article,  https://help.webex.com/article/utqcm7, at 4.

**Ingress Mechanisms**

This section covers the mechanisms by which an interaction can enter Webex CC. Based on the media type, the mechanisms by which an interaction reaches Webex CC are different.

For example, in telephony there is physical infrastructure provisioning needed to enable PSTN connectivity, configuration of the phone numbers, and routing the calls to Webex CC.

For email / messaging channels, the ingress configuration must be done in Webex Connect and it involves email/messaging account provisioning and Webex Connect flow configuration.

**Inbound Voice**

For voice calls, a typical scenario is where users dial a PSTN phone number which then gets connected to the contact center. From an ingress perspective, this needs a mechanism to route calls from PSTN to Webex CC.

The following figure illustrates the voice call ingestion to Webex CC.



*Ingress Options for Inbound Voice*

The Voice Ingress Services in Webex CC performs third party call control using SIP and answers the incoming call as well as perform transfer, conference, and other call control operations.

The logical entry point for calls in the Webex CC is the configuration entity named 'Entrypoint'. For Voice ingress, the key configuration of Entrypoint is the phone number associated with it, which is typically a valid PSTN phone number obtained from chosen PSTN provider.

This enables detecting incoming calls on the phone number, associate the call to Entrypoint and use other configuration parameters of the entry point to handle the call as per the Webex CC Flow definition that should be triggered for the interaction.

83



84

---

83 Webex Contact Center Architecture Help Article, https://help.webex.com/article/utqcm7, at 5.
84 Cisco Live Presentation entitled "Exploring Webex Contact Center Functionality and Use Cases," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2023/pdf/BRKCCT-2724.pdf, at 13.







85  Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 14.
86  Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 19.
87  Cisco Live Presentation entitled "Understanding Your PSTN Options for the Cisco Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-2023.pdf, at 39.

61.    As shown below, the Webex Contact Center causes said outgoing gateway to connect to the incoming gateway via a digital voice packet connection to carry content of said bearer channel. Therefore, Cisco performs claim element 1[F] of the '092 Patent.



---

[88]    Cisco Webex Contact Center 1.0 Voice Onboarding Guide, https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Voiceonboarding1/wcc_b__voiceonboarding.pdf, at 6-7.
[89] Webex Contact Center Architecture Help Article, https://help.webex.com/article/utqcm7, at 4.

**Ingress Mechanisms**

This section covers the mechanisms by which an interaction can enter Webex CC. Based on the media type, the mechanisms by which an interaction reaches Webex CC are different.

For example, in telephony there is physical infrastructure provisioning needed to enable PSTN connectivity, configuration of the phone numbers, and routing the calls to Webex CC.

For email / messaging channels, the ingress configuration must be done in Webex Connect and it involves email/messaging account provisioning and Webex Connect flow configuration.

**Inbound Voice**

For voice calls, a typical scenario is where users dial a PSTN phone number which then gets connected to the contact center. From an ingress perspective, this needs a mechanism to route calls from PSTN to Webex CC.

The following figure illustrates the voice call ingestion to Webex CC.



*Ingress Options for Inbound Voice*

The Voice Ingress Services in Webex CC performs third party call control using SIP and answers the incoming call as well as perform transfer, conference, and other call control operations.

The logical entry point for calls in the Webex CC is the configuration entity named 'Entrypoint'. For Voice ingress, the key configuration of Entrypoint is the phone number associated with it, which is typically a valid PSTN phone number obtained from chosen PSTN provider.

This enables detecting incoming calls on the phone number, associate the call to Entrypoint and use other configuration parameters of the entry point to handle the call as per the Webex CC Flow definition that should be triggered for the interaction. [90]

---

[90] Webex Contact Center Architecture Help Article, https://help.webex.com/article/utqcm7, at 5.

## Webex Contact Center Overview

Contact centers of multisourcing enterprises leverage a combination of sourcing solutions, including captive, outsourced, and offshore. The typical multisource contact-center environment is organizationally complex, consisting of sites located all over the world, and staffed by direct company employees and/or outsourced agents.

In this environment, most locations operate independently and use disparate contact center technologies, including routing, administrative solutions, and reporting tools. This combination of tools and technologies makes both management and quality monitoring across different locations extremely challenging.

Cisco's Webex Contact Center offers a unique solution that combines contact center and IP technologies in a global call management service. The Webex Contact Center solution is built on the Cisco Midpoint Call Management® technology, a centralized control point for managing and monitoring calls and contacts across a heterogeneous contact center environment.

Offered as a cloud service, Webex Contact Center provides enterprises with full control over their global contact center queues and creates the appearance of a single, unified contact center environment. Calls, chats, and emails are distributed to the contact center sites where agents are available. When agents are occupied, contacts are queued centrally so they can be serviced by the next available agent irrespective of the physical location of the agent.

In the voice context, by queuing calls centrally, enterprises can offload the queuing function from their premises-based equipment, thus achieving substantial cost savings in telecom hardware, toll charges, and bandwidth use. More importantly, a call can be directed to the next available agent at any site. And because the endpoint of the call can be anywhere around the globe, Webex Contact Center seamlessly integrates remote agents and at-home agents into the enterprise's multisource contact center environment.

**Cisco Webex Contact Center 1.0 Setup and Administration Guide**     1

[91]

## About Sites, Teams, Entry Points, and Queues

A Webex Contact Center tenant is an enterprise that has contact centers at one or more sites. The enterprise also has entry points for incoming contacts that are associated with queues. Incoming contacts can be toll-free numbers for voice calls, designated email addresses for emails, or chats with agents. For example, an enterprise that has many sites might have an entry point that is named Welcome. Webex classifies contacts into AcmeBilling and distributes to teams of agents in Chicago, Manila, and Bangalore.

Each Webex Contact Center tenant profile consists of sites, teams, entry points, and queues.

- A site is a physical contact center location under the control of the enterprise or an outsourcer. For example, Acme might have sites in Chicago, Manila, and Bangalore.

- A team is a group of agents at a specific site who handle a particular type of contact. For example, Acme might have teams at their Chicago site that are named Chi_Billing, Chi_Sales, and Chi_GoldCustomerService, and teams at their Bangalore site named Bgl_Billing, Bgl_GoldCustomerService, and Bgl_Experts. Agents can be assigned to more than one team, but an agent can service only one team at a time.

- An entry point is the initial landing place for the customer contacts on the Webex Contact Center system. For the voice contacts, typically one or more toll-free or dial numbers are associated with an entry point. IVR call treatment is performed while a call is in the entry point.

- A queue is where active contacts are kept while they await handling by an agent. Contacts are moved from the entry point into a queue and are distributed to agents.

Tenants that use the outdial feature are also configured with at least one outdial entry point and one outdial queue.

[92]

[91]  Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, also available at : https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 1; *see also* https://help.webex.com/en-us/article/n5595zd/Webex-Contact-Center-Setup-and-Administration-Guide.

[92]  Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, also available at : https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 2; *see also* https://help.webex.com/en-us/article/n5595zd/Webex-Contact-Center-Setup-and-Administration-Guide.







[93] Cisco Live Presentation entitled "Exploring Webex Contact Center Functionality and Use Cases," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2023/pdf/BRKCCT-2724.pdf, at 13.

[94] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 14.

[95] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 19.







96  Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 34.

97  Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 35.

98  Cisco Live Presentation entitled "Understanding Your PSTN Options for the Cisco Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-2023.pdf, at 39.

Figure 16: Trunk Provisioning for Webex Contact Center

Setup details:

- Configure SIP Keepalive Options
- New dial peers with target destination IP address Webex CC LAX and JFK CUBEs.
- Dial-peer preference can be either setup to round robin or primary and secondary
- Codec is setup for G711ulaw and G711alaw (connections outside US). DTMF is RFC2833.

Cisco Webex Contact Center 1.0 Voice Onboarding Guide          25

99



- SIP Communication is over UDP port 5060 and RTP port 8000 - 48199.
- Dial plan where the destination pattern matches Webex Contact Center to agents through PBX and PSTN.
- More than one POP for high availability.
- MIN SE timer on Webex CC is 3600; session timers should either be updated to this value or should allow SIP negotiation to this value during a call setup.

**Note**   If you are using CUBE/vCUBE, it is recommended to use an IOS version which supports TLS 1.2.

100

[99]       Cisco      Webex      Contact      Center      1.0      Voice      Onboarding      Guide,
https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Voiceonboarding1/wcc
_b__voiceonboarding.pdf, at 25.
[100]      Cisco      Webex      Contact      Center      1.0      Voice      Onboarding      Guide,
https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Voiceonboarding1/wcc
_b__voiceonboarding.pdf, at 25.

62.     As shown below, the Webex Contact Center directs content of said bearer channel of said call from the outgoing gateway to said selected termination point. Therefore, Cisco performs claim element 1[G] of the '092 Patent.



---

[101] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 35.
[102] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 47.



103



104



105

---

103 Cisco Live Presentation entitled "Designing Cloud & Hybrid Contact Centers with Webex Contact Center," https://web.archive.org/web/20240408173321/https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2020/pdf/BRKCCT-2004-Notes.pdf, at 160.
104 Cisco Live Presentation entitled "Understanding Your PSTN Options for the Cisco Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-2023.pdf, at 6.
105 Cisco Live Presentation entitled "Understanding Your PSTN Options for the Cisco Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-2023.pdf, at 9.





106   Cisco   Live   Presentation   entitled   "Webex   Contact   Center   Capabilities   and   Roadmap,"
https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-1016.pdf, at 13.
107   Cisco   Live   Presentation   entitled   "Webex   Contact   Center   Developer   Overview,"
https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/DEVNET-1699.pdf, at 8.



108

## Ingress Mechanisms

This section covers the mechanisms by which an interaction can enter Webex CC. Based on the media type, the mechanisms by which an interaction reaches Webex CC are different.

For example, in telephony there is physical infrastructure provisioning needed to enable PSTN connectivity, configuration of the phone numbers, and routing the calls to Webex CC.

For email / messaging channels, the ingress configuration must be done in Webex Connect and it involves email/messaging account provisioning and Webex Connect flow configuration.

## Inbound Voice

For voice calls, a typical scenario is where users dial a PSTN phone number which then gets connected to the contact center. From an ingress perspective, this needs a mechanism to route calls from PSTN to Webex CC.

The following figure illustrates the voice call ingestion to Webex CC.

## Ingress Options for Inbound Voice

The Voice Ingress Services in Webex CC performs third party call control using SIP and answers the incoming call as well as perform transfer, conference, and other call control operations.

The logical entry point for calls in the Webex CC is the configuration entity named 'Entrypoint'. For Voice ingress, the key configuration of Entrypoint is the phone number associated with it, which is typically a valid PSTN phone number obtained from chosen PSTN provider.

This enables detecting incoming calls on the phone number, associate the call to Entrypoint and use other configuration parameters of the entry point to handle the call as per the Webex CC Flow definition that should be triggered for the interaction.

109

---

108    Cisco    Webex    Contact    Center    1.0    Voice    Onboarding    Guide, https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Voiceonboarding1/wcc_b__voiceonboarding.pdf, at 6-7.

109 Webex Contact Center Architecture Help Article, https://help.webex.com/article/utqcm7, at 5.



110



111



112

---

110 Cisco Live Presentation entitled "Exploring Webex Contact Center Functionality and Use Cases," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2023/pdf/BRKCCT-2724.pdf, at 13.

111 Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 14.

112 Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 35.



113

63.     Based on the above, Cisco directly infringes at least claim 1 of the '092 Patent.

64.     In addition to direct infringement by performing the '092 Accused Methods, since at least the date of first learning of the '092 Patent, through its actions, Cisco has also indirectly infringed and continues to indirectly infringe the '092 Patent in violation of 35 U.S.C. § 271(b).

65.     Cisco has indirectly infringed and continues to indirectly infringe the '092 Patent by inducing third parties to directly infringe that patent.

66.     Cisco had actual knowledge of the '092 Patent and of its infringement of that patent at least as early as the date of filing and service of this Complaint. Where acts constituting direct infringement of the '092 Patent are not performed by Cisco, such acts constituting direct infringement of the '092 Patent are performed by Cisco's customers or end-users who act at the direction and/or control of Cisco, with Cisco's knowledge.

67.     Cisco advertises the infringing Accused Products, publishes specifications and promotional literature encouraging customers to operate the Accused Products, creates and/or distributes user manuals for the Accused Products that provide instruction and/or encourage

---

[113] Cisco Live Presentation entitled "Understanding Your PSTN Options for the Cisco Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-2023.pdf, at 39.

infringing use, and offers support and/or technical assistance to its customers that provide instructions on and/or encourage infringing use.[114]

68.    Plaintiff is informed and believes, and on that basis alleges, that Cisco indirectly infringes at least exemplary claim 1 of the '092 Patent by active inducement in violation of 35 U.S.C. § 271(b), by at least manufacturing, importing, supplying, distributing, selling, and/or offering for sale the Accused Products to its customers with the knowledge and intent that use of that product would constitute direct infringement of the '092 Patent. Cisco has induced, and continues to induce, direct infringement of the '092 Patent by customers, importers, sellers, resellers, and/or end users of the Accused Products.

69.    Cisco also indirectly infringes by contributing to the infringement of, and continuing to contribute to the infringement of, one or more method claims of the '092 Patent under 35 U.S.C. § 271(c) and/or 271(f) by selling, offering for sale, and/or importing into the United States, the Accused Products. Cisco knew at least as of the filing of this Complaint, that the Accused Products include hardware components and software instructions that work in concert to perform specific, intended functions. Such specific, intended functions, carried out by these hardware and software combinations, are a material part of the inventions of the '092 Patent and are not staple articles of commerce suitable for substantial non-infringing use.

70.    End users of the Accused Products, pursuant to Cisco's instructions, indicators, and advertisements, thus each directly infringe the '092 Patent by performing the '092 Accused Methods.

71.    The acts of infringement by Cisco have caused damage to Plaintiff, and Plaintiff is entitled to recover from Cisco damages sustained by Plaintiff as a result of Cisco's wrongful acts

---

[114] *See, e.g.,* https://help.webex.com/en-us/article/nee1mb6/Get-started-with-Webex-Contact-Center

in an amount subject to proof at trial. The infringement of the '092 Patent by Cisco has damaged and will continue to damage Plaintiff.

72.    Vusura is only asserting method claims for the '092 Patent, and therefore, 35 U.S.C. § 287(a) does not apply.

## COUNT II: INFRINGEMENT OF U.S. PATENT NO. 10,198,741

73.    Plaintiff realleges and incorporates by reference the foregoing paragraphs as if fully set forth herein.

74.    On information and belief, Cisco has directly infringed and continues to directly infringe one or more claims of the '741 Patent by performing within the United States Cisco's "'741 Accused Methods" pursuant to 35 U.S.C. § 271(a). Cisco's '741 Accused Methods include, but are not necessarily limited to, the use and operation of Cisco's Webex Contact Center, and any other Cisco products, either alone or in combination, that operate in a reasonably similar manner (collectively, "Accused Products").

75.    On information and belief, Cisco has performed the '741 Accused Methods throughout the United States including in Texas and in this District.

76.    On information and belief, Cisco has also directly infringed and continues to directly infringe one or more claims of the '741 Patent by, for example, making, using, offering to sell, selling, and/or importing into the United States without authority, products, equipment, software, and/or services that practice one or more claims of the '741 Patent, including without limitation the Accused Products.

77.    Claim 1 of the '741 Patent recites:

[Preamble] A method of facilitating presentation of content on a communication device, the method comprising:

[1A] receiving notification of a call from a first communication device;

[1B] in response to the notification: delaying routing of the call without soliciting action by a first operator of the first communication device; and

[1C] selecting a second operator of a second communication device to receive the call;

[1D] separating the call into a signaling channel and a voice channel; and

[1E] connecting the voice channel of the call to the second communication device after termination of the delay.

78.    On information and belief, Cisco has been performing and continues to perform each and every limitation of at least exemplary claim 1 of the '741 Patent in the United States.

79.    To the extent the preamble is limiting, as shown below Cisco implements a method of facilitating presentation of content on a communication device (e.g., an agent's device) in the Webex Contact Center.



115

---

[115] Cisco Live Presentation entitled "Webex Contact Center Detailed Solution Architecture" by Shailesh Chourasia, previously available at https://www.ciscolive.com/c/dam/r/ciscolive/apjc/docs/2020/pdf/BRKCOL-2350.pdf, at 10.



116

## Webex Contact Center Overview

Contact centers of multisourcing enterprises leverage a combination of sourcing sites, including captive, outsourced, and offshore. The typical multisource contact-center environment is organizationally complex, consisting of sites located all over the world, and staffed by direct company employees and/or outsourced agents.

In this environment, most locations operate independently and use disparate contact center technologies, including routing, administrative solutions, and reporting tools. This combination of tools and technologies makes both management and quality monitoring across different locations extremely challenging.

Cisco's Webex Contact Center offers a unique solution that combines contact center and IP technologies in a global call management service. The Webex Contact Center is built on the Cisco Midpoint Call Management® technology, a centralized control point for managing and monitoring calls and contacts across a heterogeneous contact center environment.

Offered as a cloud service, Webex Contact Center provides enterprises with full control over their global contact center queues and creates the appearance of a single, unified contact center environment. Calls, chats, and emails are distributed to the contact center sites where agents are available. When agents are occupied, contacts are queued centrally so they can be serviced by the next available agent irrespective of the physical location of the agent.

In the voice context, by queuing calls centrally, enterprises can offload the queuing function from their premises-based equipment, thus achieving substantial cost savings in telecom hardware, toll charges, and bandwidth use. More importantly, a call can be directed to the next available agent at any site. And because the endpoint of the call can be anywhere around the globe, Webex Contact Center seamlessly integrates remote agents and at-home agents into the enterprise's multisource contact center environment.

**Cisco Webex Contact Center 1.0 Setup and Administration Guide**    1

117

---

[116]    Webex Contact Center Data Sheet, https://www.webex.com/content/dam/wbx/us/documents/pdf/CM-1440_Webex_Contact_Center_Data_Sheet.pdf, at 3.

[117]    Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf,    also    available    at    : https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf,    at    1;    *see    also* https://help.webex.com/en-us/article/n5595zd/Webex-Contact-Center-Setup-and-Administration-Guide.



80. As shown below, the Webex Contact Center receives notification of a call from a first communication device. Therefore, Cisco performs claim element 1[A] of the '741 Patent.

[118] Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, also available at : https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 2; *see also* https://help.webex.com/en-us/article/n5595zd/Webex-Contact-Center-Setup-and-Administration-Guide.



119

Telephony

For Telephony, the inbound Voice Call handling is decided by how the call entered the contact center (see Ingress Mechanisms below) and the Webex CC Flow that's associated with the entry point.

The call gets answered and further actions are done as per the Webex CC Flow definition – which is a programmatic representation of the actions to be performed while handling the call either prior to queueing and routing to an agent or the Flow itself can handle the call with no transfer to an agent.

The Flow Builder in Webex CC allows developers to define the flow and assign it to the entry point via which the call arrives in Webex CC.

These configuration entities and their usage are covered in *Configuration Entities.*

More information on Flow Builder is covered in the upcoming section on IVR System.

120

---

119    Cisco    Webex    Contact    Center    1.0    Voice    Onboarding    Guide,
https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Voiceonboarding1/wcc_b__voiceonboarding.pdf, at 6-7.
120 Webex Contact Center Architecture Help Article, https://help.webex.com/article/utqcm7, at 4.

**Ingress Mechanisms**

This section covers the mechanisms by which an interaction can enter Webex CC. Based on the media type, the mechanisms by which an interaction reaches Webex CC are different.

For example, in telephony there is physical infrastructure provisioning needed to enable PSTN connectivity, configuration of the phone numbers, and routing the calls to Webex CC.

For email / messaging channels, the ingress configuration must be done in Webex Connect and it involves email/messaging account provisioning and Webex Connect flow configuration.

**Inbound Voice**

For voice calls, a typical scenario is where users dial a PSTN phone number which then gets connected to the contact center. From an ingress perspective, this needs a mechanism to route calls from PSTN to Webex CC.

The following figure illustrates the voice call ingestion to Webex CC.



*Ingress Options for Inbound Voice*

The Voice Ingress Services in Webex CC performs third party call control using SIP and answers the incoming call as well as perform transfer, conference, and other call control operations.

The logical entry point for calls in the Webex CC is the configuration entity named 'Entrypoint'. For Voice ingress, the key configuration of Entrypoint is the phone number associated with it, which is typically a valid PSTN phone number obtained from chosen PSTN provider.

This enables detecting incoming calls on the phone number, associate the call to Entrypoint and use other configuration parameters of the entry point to handle the call as per the Webex CC Flow definition that should be triggered for the interaction.

121

---

[121] Webex Contact Center Architecture Help Article, https://help.webex.com/article/utqcm7, at 5.

## Webex Contact Center Overview

Contact centers of multisourcing enterprises leverage a combination of sourcing solutions, including captive, outsourced, and offshore. The typical multisource contact-center environment is organizationally complex, consisting of sites located all over the world, and staffed by direct company employees and/or outsourced agents.

In this environment, most locations operate independently and use disparate contact center technologies, including routing, administrative solutions, and reporting tools. This combination of tools and technologies makes both management and quality monitoring across different locations extremely challenging.

Cisco's Webex Contact Center offers a unique solution that combines contact center and IP technologies in a global call management service. The Webex Contact Center solution is built on the Cisco Midpoint Call Management ® technology, a centralized control point for managing and monitoring calls and contacts across a heterogeneous contact center environment.

Offered as a cloud service, Webex Contact Center provides enterprises with full control over their global contact center queues and creates the appearance of a single, unified contact center environment. Calls, chats, and emails are distributed to the contact center sites where agents are available. When agents are occupied, contacts are queued centrally so they can be serviced by the next available agent irrespective of the physical location of the agent.

In the voice domain, by queuing calls centrally, enterprises can offload the queuing function from their premises-based equipment, thus achieving substantial cost savings in telecom hardware, toll charges, and bandwidth use. More importantly, a call can be directed to the next available agent at any site. And because the endpoint of the call can be anywhere around the globe, Webex Contact Center seamlessly integrates remote agents and at-home agents into the enterprise's multisource contact center environment.

**Cisco Webex Contact Center 1.0 Setup and Administration Guide**

I                                                                                          **1**

122

## About Sites, Teams, Entry Points, and Queues

A Webex Contact Center tenant is an enterprise that has contact centers at one or more sites. The enterprise also has entry points for incoming contacts that are associated with queues. Incoming contacts can be toll-free numbers for voice calls, designated email addresses for emails, or chats with agents. For example, an enterprise that is named Acme might have an entry point that is named Welcome. Welcome classifies contacts into AcmeBilling and distributes to teams of agents in Chicago, Manila, and Bangalore.

Each Webex Contact Center tenant profile consists of sites, teams, entry points, and queues.

- A site is a physical contact center location under the control of the enterprise or an outsourcer. For example, Acme might have sites in Chicago, Manila, and Bangalore.

- A team is a group of agents at a specific site who handle a particular type of contact. For example, Acme might have teams at their Chicago site that are named Chi_Billing, Chi_Sales, and Chi_GoldCustomerService, and teams at their Bangalore site named Bgl_Billing, Bgl_GoldCustomerService, and Bgl_Experts. Agents can be assigned to more than one team, but an agent can service only one team at a time.

- An entry point is the initial landing place for the customer contacts on the Webex Contact Center system. For the voice contacts, typically one or more toll-free or dial numbers are associated with an entry point. IVR call treatment is performed while a call is in the entry point.

- A queue is where active contacts are kept while they await handling by an agent. Contacts are moved from the entry point into a queue and are distributed to agents.

Tenants that use the outdial feature are also configured with at least one outdial entry point and one outdial queue.

123

---

122    Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf,                also                available                at                : https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf,     at     1;     *see also* https://help.webex.com/en-us/article/n5595zd/Webex-Contact-Center-Setup-and-Administration-Guide.
123    Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf,                also                available                at                : https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf,     at     2;     *see also* https://help.webex.com/en-us/article/n5595zd/Webex-Contact-Center-Setup-and-Administration-Guide.



124



125



126

---

[124] Cisco Live Presentation entitled "Exploring Webex Contact Center Functionality and Use Cases," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2023/pdf/BRKCCT-2724.pdf, at 13.

[125] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 14.

[126] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 35.



81.    As shown below, the Webex Contact Center in response to the notification, delays routing of the call without soliciting action by a first operator of the first communication device and selects a second operator of a second communication device to receive the call. Therefore, Cisco performs claim elements 1[B] and [1C] of the '741 Patent.

---

[127] Cisco Live Presentation entitled "Understanding Your PSTN Options for the Cisco Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-2023.pdf, at 39.
[128] Cisco Live Presentation entitled "Webex Contact Center Capabilities and Roadmap," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-1016.pdf, at 13.



129



130

**About Contact Routing**

The Routing Strategy module provides a flexible environment for routing contacts to the best resource, regardless of location. Each incoming contact arrives at an entry point, from where it's sent to queue for distribution among teams at contact center sites according to scheduled routing strategies, scheduled team capacity strategies, and queue precedence settings specified in the Routing Strategy module.

In addition, if your enterprise uses the outdial feature, each outdial call passes through an outdial entry point and outdial queue according to routing strategies in the Routing Strategy module.

**Note**  Although the examples in the following sections refer to phone contacts, the same contact routing options are available to other media types.

**Basic Contact Routing**

An incoming call arrives at an entry point where the caller is presented with three options. After the caller selects an option, the call is sent to a queue, where it waits for an agent to become available on one of the teams servicing that queue.

Each entry point and queue is associated with one or more routing strategies, which control how calls get serviced at specified time intervals, including what call control script to use to treat the call and what audio file to play when a call arrives or is waiting in queue.

In addition, the routing strategy for a queue specifies which teams receive calls and in what order, how long the call can wait in queue (before it gets distributed to an overflow destination number), and fail-over settings for agents and teams. You can specify one of the following options for identifying an agent to service a call:

Cisco Webex Contact Center 1.0 Setup and Administration Guide    103

---

[129] Cisco Live Presentation entitled "Webex Contact Center Capabilities and Roadmap," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2028.pdf, at 9.
[130] Cisco Live Presentation entitled "Webex Contact Center Developer Overview," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/DEVNET-1699.pdf, at 8.

- Longest Available Agent—Incoming calls get directed to the agent who has been available for the longest time.
- Load Balance—Incoming calls get distributed among a group of teams based on ratios specified in the strategy.
- Priority Based—Incoming calls get distributed to agent teams based on a priority rating assigned to each team.
- Skill Based—Incoming calls get distributed to agents who possess a required set of skills, such as language fluency or product expertise.

131

## Features and benefits

### Routing and queue management

Webex Contact Center intelligently distributes calls across:

- Teams and agents in multiple sites
- Remote agents

Routing strategies can be created to leverage skill assignments at the team or agent level.

Agent availability and skill sets are accurately matched with customer priority, value, and needs. Agents are more productive, and customers are better served.

From a simple, user-friendly interface, supervisors can change routing strategies without knowing complex scripting languages. This allows customer organizations to maximize resources and respond to changing conditions.

Modifications to routing strategies take effect immediately and can be applied to current calls in queue.

With Webex Contact Center, calls are queued in the cloud network, not on-premises based equipment. This approach provides substantial savings in telecom hardware, toll charges, and bandwidth. The ability to centrally manage contact center resources on a global level eliminates variances in queue times among sites and lowers administration expenses.

### Routing type options

Webex Contact Center offers a full range routing options to serve a variety of contact center needs.

Webex Contact Center supports routing strategies that take into account the real-time nature of channels such as voice and chat. This allows administrators to define the number of simultaneous real-time interactions an agent, team, or site should be tasked with handling at any given time. Alternatively, agents, teams, or sites may be set to an "exclusive" routing status, whereby they are only accountable for one conversation at any time.

### Routing options include:

Skills-based routing: This helps contact centers manage agent skill sets at a granular level to optimize call routing strategies. Agents can be assigned multiple skills and skill types based on their proficiencies. Agents' skills can be defined as:

- A proficiency score of 1 to 10
- A "true" or "false" value
- A predefined value
- Free-form text

Longest available agent routing: Incoming contacts get directed to the agent who has been available for the longest time.

Capacity-based team routing: Allows routing of calls to phone numbers, without requiring agents to sign on to the system. This is effective when the people taking the call are not traditional call center agents or the calls may be answered by voicemail, answering machines, or hunt groups.

The capacity-based team does not have specific agents assigned to it, and the agents do not use the Webex Contact Center agent desktop. A capacity-based team might be used to represent a voice mailbox or an agent group that is not managed by the Webex Contact Center system. The capacity of such teams is determined by the capacity setting, which can be overwritten by team capacity strategies defined in the routing strategy module.

Global routing overrides can be applied to one or more entry points.

### Call distribution

Call distribution configuration, management, and reporting is managed through the web-based Webex Contact Center flow builder. Access rights are restricted by user login, so customer administrators or supervisors can only manage the sites for which they are responsible.

© 2023 Cisco and/or its affiliates. All rights reserved.

webex by cisco

132

131 Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, also available at : https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 103-104.
132 Cisco Webex Contact Center Datasheet, https://www.webex.com/content/dam/wbx/us/documents/pdf/CM-1440_Webex_Contact_Center_Data_Sheet.pdf, at 5.



133



134

### Non-skill-based queues with team assignments

In non-skill-based queues with team assignment, you can organize agents into teams and combine these teams to form Call Distribution Groups (CDG). You can set a time delay between each group to manage call flow.

Call Distribution Groups help define multiple levels of agents who become eligible for working on contacts in this queue over configured intervals of time. Contacts are assigned to agents based on their team's level. If no agents are available, contacts are parked for a preconfigured duration before expanding to include the next group of teams. This process continues until an agent is available or all groups have been checked.

\*\*\*

When a contact is queued, the system first searches for a matching agent in the first Call Distribution Group. If there are no agents found, the contact is parked for the configured duration before making the target expansion to the next group. This adds new teams to the existing ones. This process repeats until it finds a match, or all groups are expanded.

\*\*\*

---

[133] Webex Contact Center Architecture Help Article, https://help.webex.com/article/utqcm7, at 10.
[134] Cisco Live Presentation entitled "Webex Contact Center Routing and Flow Orchestration," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2028.pdf, at 37.

**Escalate Call Distribution Group**

The Escalate Call Distribution Group activity is only supported for **queues with team assignment**, and provides the ability to update the **Call Distribution Group** for the contact immediately, instead of waiting for the automatic expansion update to happen to the next group after the configured wait duration. This enables the contact to be routed to all eligible agents in queue quickly.

By using the Escalate Call Distribution Group activity, the contact can be escalated to:

- **Next Group**—Expanding the set of teams to include the ones added in the immediate next call distribution group.

- **Last Group**—Expanding the set of teams to includes all the teams mapped across all call distribution groups configured for the queue.

[135]

82. As shown below, the Webex Contact Center separates the call into a signaling channel and a voice channel. Therefore, Cisco performs claim element 1[D] of the '741 Patent.



[136]



[137]

---

[135] https://help.webex.com/en-us/article/np2fdx/Understand-Routing-and-Queueing-in-Webex-Contact-Center

[136] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 34.

[137] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 35.



138



139

---

138 Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 47.

139 Cisco Live Presentation entitled "Designing Cloud & Hybrid Contact Centers with Webex Contact Center," https://web.archive.org/web/20240408173321/https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2020/pdf/BRKCCT-2004-Notes.pdf, at 160.





---

140 Cisco Live Presentation entitled "Designing Cloud & Hybrid Contact Centers with Webex Contact Center," https://web.archive.org/web/20240408173321/https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2020/pdf/BRKCCT-2004-Notes.pdf, at 95.
141 Cisco Live Presentation entitled "Understanding Your PSTN Options for the Cisco Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-2023.pdf, at 6.



142

83.     As shown below, the Webex Contact Center connects the voice channel of the call to the second communication device after termination of the delay. Therefore, Cisco performs claim element 1[E] of the '741 Patent.

143

---

[142] Cisco Live Presentation entitled "Understanding Your PSTN Options for the Cisco Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-2023.pdf, at 9.
[143] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 34.



144



145



146

---

144 Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 35.

145 Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 47.

146 Cisco Live Presentation entitled "Designing Cloud & Hybrid Contact Centers with Webex Contact Center," https://web.archive.org/web/20240408173321/https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2020/pdf/BRKCCT-2004-Notes.pdf, at 160.







---

[147] Cisco Live Presentation entitled "Designing Cloud & Hybrid Contact Centers with Webex Contact Center," https://web.archive.org/web/20240408173321/https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2020/pdf/BRKCCT-2004-Notes.pdf, at 95.

[148] Cisco Live Presentation entitled "Understanding Your PSTN Options for the Cisco Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-2023.pdf, at 6.

[149] Cisco Live Presentation entitled "Understanding Your PSTN Options for the Cisco Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-2023.pdf, at 9.

72



150



151



150    Cisco    Live    Presentation    entitled    "Webex    Contact    Center    Capabilities    and    Roadmap,"
https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-1016.pdf, at 13.
151    Cisco    Live    Presentation    entitled    "Webex    Contact    Center    Developer    Overview,"
https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/DEVNET-1699.pdf, at 8.

- Longest Available Agent—Incoming calls get directed to the agent who has been available for the longest time.
- Load Balance—Incoming calls get distributed among a group of teams based on ratios specified in the strategy.
- Priority Based—Incoming calls get distributed to agent teams based on a priority rating assigned to each team.
- Skill Based—Incoming calls get distributed to agents who possess a required set of skills, such as language fluency or product expertise.

152

## Features and benefits

### Routing and queue management

Webex Contact Center intelligently distributes calls across:
- Teams and agents in multiple sites
- Remote agents

Routing strategies can be created to leverage skill assignments at the team or agent level.

Agent availability and skill sets are accurately matched with customer priority, value, and needs. Agents are more productive, and customers are better served.

From a simple, user-friendly interface, supervisors can change routing strategies without knowing complex scripting languages. This allows customer organizations to maximize resources and respond quickly to changing conditions.

Modifications to routing strategies take effect immediately and can be applied to current calls in queue.

With Webex Contact Center, calls are queued in the cloud network, not on-premises based equipment. This approach provides substantial savings in telecom hardware, toll charges, and bandwidth. The ability to centrally manage contact center resources on a global level eliminates variances in queue times among sites and lowers administration expenses.

### Routing type options

Webex Contact Center offers a full range routing options to serve a variety of contact center needs.

Webex Contact Center supports routing strategies that take into account the real-time nature of channels such as voice and chat. This allows administrators to define the number of simultaneous real-time interactions an agent, team, or site should be tasked with handling at any given time. Alternatively, agents, teams, or sites may be set to an "exclusive" routing status, whereby they are only accountable for one conversation at any time.

### Routing options include:

Skills-based routing: This helps contact centers manage agent skill sets at a granular level to optimize call routing strategies. Agents can be assigned multiple skills and skill types based on their proficiencies. Agents' skills can be defined as:
- A proficiency score of 1 to 10
- A "true" or "false" value
- A predefined value
- Free-form text

Longest available agent routing: Incoming contacts get directed to the agent who has been available for the longest time.

Capacity-based team routing: Allows routing of calls to phone numbers, without requiring agents to sign on to the system. This is effective when the people taking the call are not traditional call center agents or the calls may be answered by voicemail, answering machines, or hunt groups.

The capacity-based team does not have specific agents assigned to it, and the agents do not use the Webex Contact Center agent desktop. A capacity-based team might be used to represent a voice mailbox or an agent group that is not managed by the Webex Contact Center system. The capacity of such teams is determined by the capacity setting, which can be overwritten by team capacity strategies defined in the routing strategy module.

Global routing overrides can be applied to one or more entry points.

### Call distribution

Call distribution configuration, management, and reporting is managed through the web-based Webex Contact Center flow builder. Access rights are restricted by user login, so customer administrators or supervisors can only manage the sites for which they are responsible.

© 2023 Cisco and/or its affiliates. All rights reserved.

webex by cisco

153

---

152    Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, also available at : https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 103-104.
153    Cisco Webex Contact Center Datasheet, https://www.webex.com/content/dam/wbx/us/documents/pdf/CM-1440_Webex_Contact_Center_Data_Sheet.pdf, at 5.



154



155

154 Webex Contact Center Architecture Help Article, https://help.webex.com/article/utqcm7, at 10.
155 Cisco Live Presentation entitled "Webex Contact Center Routing and Flow Orchestration," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2028.pdf, at 37.



[156]

---

[156]    Cisco    Webex    Contact    Center    1.0    Voice    Onboarding    Guide, https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Voiceonboarding1/wcc _b__voiceonboarding.pdf, at 6-7.

### Ingress Mechanisms

This section covers the mechanisms by which an interaction can enter Webex CC. Based on the media type, the mechanisms by which an interaction reaches Webex CC are different.

For example, in telephony there is physical infrastructure provisioning needed to enable PSTN connectivity, configuration of the phone numbers, and routing the calls to Webex CC.

For email / messaging channels, the ingress configuration must be done in Webex Connect and it involves email/messaging account provisioning and Webex Connect flow configuration.

### Inbound Voice

For voice calls, a typical scenario is where users dial a PSTN phone number which then gets connected to the contact center. From an ingress perspective, this needs a mechanism to route calls from PSTN to Webex CC.

The following figure illustrates the voice call ingestion to Webex CC.



*Ingress Options for Inbound Voice*

The Voice Ingress Services in Webex CC performs third party call control using SIP and answers the incoming call as well as perform transfer, conference, and other call control operations.

The logical entry point for calls in the Webex CC is the configuration entity named 'Entrypoint'. For Voice ingress, the key configuration of Entrypoint is the phone number associated with it, which is typically a valid PSTN phone number obtained from chosen PSTN provider.

This enables detecting incoming calls on the phone number, associate the call to Entrypoint and use other configuration parameters of the entry point to handle the call as per the Webex CC Flow definition that should be triggered for the interaction.

157

## Webex Contact Center Overview

Contact centers of multisourcing enterprises leverage a combination of sourcing solutions, including captive, outsourced, and offshore. The typical multisource contact-center environment is organizationally complex, consisting of sites located all over the world, and staffed by direct company employees and/or outsourced agents.

In this environment, most locations operate independently and use disparate contact center technologies, including routing, administrative solutions, and reporting tools. This combination of tools and technologies makes both management and quality monitoring across different locations extremely challenging.

Cisco's Webex Contact Center offers a unique solution that combines contact center and IP technologies in a global call management service. The Webex Contact Center solution is built on the Cisco Midpoint Call Management ® technology, a centralized control point for managing and monitoring calls and contacts across a heterogeneous contact center environment.

Offered as a cloud service, Webex Contact Center provides enterprises with full control over their global contact center queues and creates the appearance of a single, unified contact center environment. Calls, chats, and emails are distributed to the contact center sites where agents are available. When agents are occupied, contacts are queued centrally so they can be serviced by the next available agent irrespective of the physical location of the agent.

In the voice context, by queuing calls centrally, enterprises can offload the queuing function from their premises-based equipment, thus achieving substantial cost savings in telecom hardware, toll charges, and bandwidth use. More importantly, a call can be directed to the next available agent at any site. And because the endpoint of the call can be anywhere around the globe, Webex Contact Center seamlessly integrates remote agents and at-home agents into the enterprise's multisource contact center environment.

Cisco Webex Contact Center 1.0 Setup and Administration Guide        1

158

157 Webex Contact Center Architecture Help Article, https://help.webex.com/article/utqcm7, at 5.
158 Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-

### About Sites, Teams, Entry Points, and Queues

A Webex Contact Center tenant is an enterprise that has contact centers at one or more sites. The enterprise also has entry points for incoming contacts that are associated with queues. Incoming contacts can be toll-free numbers for voice calls, designated email addresses for emails, or chats with agents. For example, an enterprise that is named Acme might have an entry point that is named Welcome. Welcome classifies contacts into AcmeBilling and distributes to teams of agents in Chicago, Manila, and Bangalore.

Each Webex Contact Center tenant profile consists of sites, teams, entry points, and queues.

- A site is a physical contact center location under the control of the enterprise or an outsourcer. For example, Acme might have sites in Chicago, Manila, and Bangalore.

- A team is a group of agents at a specific site who handle a particular type of contact. For example, Acme might have teams at their Chicago site that are named Chi_Billing, Chi_Sales, and Chi_GoldCustomerService, and teams at their Bangalore site named Bgl_Billing, Bgl_GoldCustomerService, and Bgl_Experts. Agents can be assigned to more than one team, but an agent can service only one team at a time.

- An entry point is the initial landing place for the customer contacts on the Webex Contact Center system. For the voice contacts, typically one or more toll-free or dial numbers are associated with an entry point. IVR call treatment is performed while a call is in the entry point.

- A queue is where active contacts are kept while they await handling by an agent. Contacts are moved from the entry point into a queue and are distributed to agents.

Tenants that use the outdial feature are also configured with at least one outdial entry point and one outdial queue.

159



160

---

Administration-Guide-WxCC-10/b_mp-release-1.pdf, also available at : https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 1; *see also* https://help.webex.com/en-us/article/n5595zd/Webex-Contact-Center-Setup-and-Administration-Guide.

159 Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, also available at : https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 2; *see also* https://help.webex.com/en-us/article/n5595zd/Webex-Contact-Center-Setup-and-Administration-Guide.

160 Cisco Live Presentation entitled "Exploring Webex Contact Center Functionality and Use Cases," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2023/pdf/BRKCCT-2724.pdf, at 13.



161



162



163

---

[161] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 14.

[162] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 19.

[163] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 35.

164

84.    Based on the above, Cisco directly infringes at least claim 1 of the '741 Patent.

85.    On information and belief, Cisco has been performing and continues to perform each and every limitation of at least exemplary claim 1 of the '741 Patent.

86.    In addition to direct infringement by making, using, offering to sell, selling, and/or importing the Accused Products in the United States, since at least the date of first learning of the '741 Patent, through its actions, Cisco has also indirectly infringed and continues to indirectly infringe the '741 Patent in violation of 35 U.S.C. § 271(b).

87.    Cisco has indirectly infringed and continues to indirectly infringe the '741 Patent by inducing third parties to directly infringe that patent.

88.    Cisco had actual knowledge of the '741 Patent and of its infringement of that patent at least as early as the date of filing and service of this Complaint. Where acts constituting direct infringement of the '741 Patent are not performed by Cisco, such acts constituting direct infringement of the '741 Patent are performed by Cisco's customers or end-users who act at the direction and/or control of Cisco, with Cisco's knowledge.

89.    Cisco advertises the infringing Accused Products, publishes specifications and promotional literature encouraging customers to operate the Accused Products, creates and/or

---

164 Cisco Live Presentation entitled "Understanding Your PSTN Options for the Cisco Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-2023.pdf, at 39.

distributes user manuals for the Accused Products that provide instruction and/or encourage infringing use, and offers support and/or technical assistance to its customers that provide instructions on and/or encourage infringing use.[165]

90.     Plaintiff is informed and believes, and on that basis alleges, that Cisco indirectly infringes at least exemplary claim 1 of the '741 Patent by active inducement in violation of 35 U.S.C. § 271(b), by at least manufacturing, importing, supplying, distributing, selling, and/or offering for sale the Accused Products to its customers with the knowledge and intent that use of that product would constitute direct infringement of the '741 Patent. Cisco has induced, and continues to induce, direct infringement of the '741 Patent by customers, importers, sellers, resellers, and/or end users of the Accused Products.

91.     End users of the Accused Products, pursuant to Cisco's instructions, indicators, and advertisements, thus each directly infringe the '741 Patent by performing the '741 Accused Methods and/or using the Accused Products.

92.     The acts of infringement by Cisco have caused damage to Plaintiff, and Plaintiff is entitled to recover from Cisco damages sustained by Plaintiff as a result of Cisco's wrongful acts in an amount subject to proof at trial. The infringement of the '741 Patent by Cisco has damaged and will continue to damage Plaintiff.

93.     Vusura has not made, sold, or licensed unmarked articles that practice the '741 Patent, and is entitled to collect pre-filing damages for the full period allowed by law for infringement of the '741 Patent.

---

[165] *See, e.g.,* https://help.webex.com/en-us/article/nee1mb6/Get-started-with-Webex-Contact-Center

## COUNT III: INFRINGEMENT OF U.S. PATENT NO. 11,227,303

94.    Plaintiff realleges and incorporates by reference the foregoing paragraphs as if fully set forth herein.

95.    On information and belief, Cisco has directly infringed and continues to directly infringe one or more claims of the '303 Patent by performing within the United States Cisco's "'303 Accused Methods" pursuant to 35 U.S.C. § 271(a). Cisco's '303 Accused Methods include, but are not necessarily limited to, the use and operation of Cisco's Webex Contact Center, and any other Cisco products, either alone or in combination, that operate in a reasonably similar manner (collectively, "Accused Products").

96.    On information and belief, Cisco has performed the '303 Accused Methods throughout the United States including in Texas and in this District.

97.    On information and belief, Cisco has also directly infringed and continues to directly infringe one or more claims of the '303 Patent by, for example, making, using, offering to sell, selling, and/or importing into the United States without authority, products, equipment, software, and/or services that practice one or more claims of the '303 Patent, including without limitation the Accused Products.

98.    Claim 1 of the '303 Patent recites:

[Preamble] A method of controlling presentation of content on a communication device, the method comprising:

[1A] upon receipt of notification of initiation of a communication connection from a first device associated with a first party to a second device associated with a second party:

[1B] pausing establishment of the communication connection without soliciting action by the first party; and

[1C] during said pausing, transmitting selected content toward the first device and/or the second device; and

[1D] after one of the first party and the second party terminates the communication connection, transmitting additional content toward the first device and/or the second device;

[1E] wherein the selected content comprises information regarding a previous transaction between the first party and the second party;

[1F] wherein the additional content comprises information regarding a new transaction conducted between the first party and the second party during the communication connection; and

[1G] wherein the first device and/or the second device display the additional content after receipt.

99.    On information and belief, Cisco has been performing and continues to perform each

and every limitation of at least exemplary claim 1 of the '303 Patent in the United States.

100.    To the extent the preamble is limiting, as shown below Cisco implements a method

of controlling presentation of content on a communication device (e.g., an agent's device).



---

166    Webex    Contact    Center    brochure, https://www.webex.com/content/dam/wbx/us/documents/pdf/all_new_webex_contact_center_brochure.pdf, at 42.



---

[167] Webex Contact Center Data Sheet, https://www.webex.com/content/dam/wbx/us/documents/pdf/CM-1440_Webex_Contact_Center_Data_Sheet.pdf, at 3.

## Webex Contact Center Overview

Contact centers of multisourcing enterprises leverage a combination of sourcing solutions, including captive, outsourced, and offshore. The typical multisource contact-center environment is organizationally complex, consisting of sites located all over the world, and staffed by direct company employees and/or outsourced agents.

In this environment, most locations operate independently and use disparate contact center technologies, including routing, administrative solutions, and reporting tools. This combination of tools and technologies makes both management and quality monitoring across different locations extremely challenging.

Cisco's Webex Contact Center offers a unique solution that combines contact center and IP technologies in a global call management service. The Webex Contact Center solution is built on the Cisco Midpoint Call Management ® technology, a centralized control point for managing and monitoring calls and contacts across a heterogeneous contact center environment.

Offered as a cloud service, Webex Contact Center provides enterprises with full control over their global contact center queues and creates the appearance of a single, unified contact center environment. Calls, chats, and emails are distributed to the contact center sites where agents are available. When agents are occupied, contacts are queued centrally so they can be serviced by the next available agent irrespective of the physical location of the agent.

In the voice context, by queuing calls centrally, enterprises can offload the queuing function from their premises-based equipment, thus achieving substantial cost savings in telecom hardware, toll charges, and bandwidth use. More importantly, a call can be directed to the next available agent at any site. And because the endpoint of the call can be anywhere around the globe, Webex Contact Center seamlessly integrates remote agents and at-home agents into the enterprise's multisource contact center environment.

**Cisco Webex Contact Center 1.0 Setup and Administration Guide**    1

168

## About Sites, Teams, Entry Points, and Queues

A Webex Contact Center tenant is an enterprise that has contact centers at one or more sites. The enterprise also has entry points for incoming contacts that are associated with queues. Incoming contacts can be toll-free numbers for voice calls, designated email addresses for emails, or chats with agents. For example, an enterprise that is named Acme might have an entry point that is named Welcome. Welcome classifies contacts into AcmeBilling and distributes to teams of agents in Chicago, Manila, and Bangalore.

Each Webex Contact Center tenant profile consists of sites, teams, entry points, and queues.

- A site is a physical contact center location under the control of the enterprise or an outsourcer. For example, Acme might have sites in Chicago, Manila, and Bangalore.

- A team is a group of agents at a specific site who handle a particular type of contact. For example, Acme might have teams at their Chicago site that are named Chi_Billing, Chi_Sales, and Chi_GoldCustomerService, and teams at their Bangalore site named Bgl_Billing, Bgl_GoldCustomerService, and Bgl_Experts. Agents can be assigned to more than one team, but an agent can service only one team at a time.

- An entry point is the initial landing place for the customer contacts on the Webex Contact Center system. For the voice contacts, typically one or more toll-free or dial numbers are associated with an entry point. IVR call treatment is performed while a call is in the entry point.

- A queue is where active contacts are kept while they await handling by an agent. Contacts are moved from the entry point into a queue and are distributed to agents.

Tenants that use the outdial feature are also configured with at least one outdial entry point and one outdial queue.

169

---

168 Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, also available at : https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 1; *see also* https://help.webex.com/en-us/article/n5595zd/Webex-Contact-Center-Setup-and-Administration-Guide.

169 Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, also available at : https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 2; *see also* https://help.webex.com/en-us/article/n5595zd/Webex-Contact-Center-Setup-and-Administration-Guide.



170

101.    As shown below, the Webex Contact Center receives notification of initiation of a communication connection from a first device associated with a first party to a second device associated with a second party and performs the following limitations upon receipt of such notification. Therefore, Cisco performs claim element 1[A] of the '303 Patent.



171

---

Cisco Live Presentation entitled "Webex Contact Center Routing and Flow Orchestration," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2028.pdf, at 37.
171 Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-

## About Sites, Teams, Entry Points, and Queues

A Webex Contact Center tenant is an enterprise that has contact centers at one or more sites. The enterprise also has entry points for incoming contacts that are associated with queues. Incoming contacts can be toll-free numbers for voice calls, designated email addresses for emails, or chats with agents. For example, an enterprise named Acme might have an entry point that is named Welcome. Welcome classifies contacts into AcmeBilling and distributes to teams of agents in Chicago, Manila, and Bangalore.

Each Webex Contact Center tenant profile consists of sites, teams, entry points, and queues.

- A site is a physical contact center location under the control of the enterprise or an outsourcer. For example, Acme might have sites in Chicago, Manila, and Bangalore.
- A team is a group of agents at a specific site who handle a particular type of contact. For example, Acme might have teams at their Chicago site that are named Chi_Billing, Chi_Sales, and Chi_GoldCustomerService, and teams at their Bangalore site named Bgl_Billing, Bgl_GoldCustomerService, and Bgl_Experts. Agents can be assigned to more than one team, but an agent can service only one team at a time.
- An entry point is the initial landing place for the customer contacts on the Webex Contact Center system. For the voice contacts, typically one or more toll-free or dial numbers are associated with an entry point. IVR call treatment is performed while a call is in the entry point.
- A queue is where active contacts are kept while they await handling by an agent. Contacts are moved from the entry point into a queue and are distributed to agents.

Tenants that use the outdial feature are also configured with at least one outdial entry point and one outdial queue.

172

### Callback

Customers can opt to receive a callback using an IVR (Interactive Voice Response) by calling, visiting the website, or using a chatbot (Virtual Agent) of a call center.

The following are the different callback types:
- Courtesy Callback: A customer can opt to receive a courtesy callback instead of waiting in the contact center queue for an agent to answer the call.
- Web Callback (Callback): A customer can opt to receive a callback by submitting a callback request along with a name and callback number when visiting the contact center website or interacting with a chatbot (Virtual Agent) on the website.

The callback requests are sent to the Webex Contact Center system. When an agent is available, the system initiates a callback to the customer. The customer can be offered the callback option during peak hours or non-working hours of the contact center.

Callback requests are routed to you as an incoming call request. The callback contact request popover displays the Callback label, the (Callback) icon, phone number of the customer, DNIS (Dialed Number Identification Service), the queue that routed the call to you, and a timer indicating the time elapsed since you received the call. The status of the incoming call is displayed as Ringing.

If the End Call feature for Web Callback is enabled by your administrator, the Ringing status is replaced with the Cancel button in the contact card request.

Note    The icon that is displayed for Courtesy Callback and Web Callback is the same.

If the customer accepts the call, you are connected to the customer and the Interaction Control pane is displayed. For more information on the tasks that you can perform when handling a call, see Answer a Call.

Note
- To cancel the Web Callback before the customer answers the call, click Cancel. When the callback is canceled, the Wrap Up Reasons dialog box appears.
- If the customer does not answer the call, the call is returned to the queue.
- If the contact center has reached the maximum limit for concurrent calls that is set for the data center or tenant, you cannot make more calls, and the corresponding reason codes are displayed on the Agent Desktop. For more information on the maximum limit for concurrent calls, see Make an Outdial Call.

173

Administration-Guide-WxCC-10/b_mp-release-1.pdf, also available at : https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 1; see also https://help.webex.com/en-us/article/n5595zd/Webex-Contact-Center-Setup-and-Administration-Guide.

172   Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, also available at : https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 2; see also https://help.webex.com/en-us/article/n5595zd/Webex-Contact-Center-Setup-and-Administration-Guide.

173   Cisco Webex Contact Center Desktop Guide, previously available at https://desktop.wxcc-us1.cisco.com/help/webexcc_r_30-courtesy-callback.html.





───────────────
[174] Cisco Live Presentation entitled "Webex Contact Center Routing and Flow Orchestration," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2028.pdf, at 37.



175



---

175    Cisco    Webex    Contact    Center    1.0    Voice    Onboarding    Guide,
https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Voiceonboarding1/wcc_b__voiceonboarding.pdf, at 8-9.



176

Telephony

For Telephony, the inbound Voice Call handling is decided by how the call entered the contact center (see Ingress Mechanisms below) and the Webex CC Flow that's associated with the entry point.

The call gets answered and further actions are done as per the Webex CC Flow definition – which is a programmatic representation of the actions to be performed while handling the call either prior to queueing and routing to an agent or the Flow itself can handle the call with no transfer to an agent.

The Flow Builder in Webex CC allows developers to define the flow and assign it to the entry point via which the call arrives in Webex CC.

These configuration entities and their usage are covered in *Configuration Entities*.

More information on Flow Builder is covered in the upcoming section on IVR System.

177

---

176    Cisco    Webex    Contact    Center    1.0    Voice    Onboarding    Guide, https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Voiceonboarding1/wcc_b__voiceonboarding.pdf, at 6-7.
177 Webex Contact Center Architecture Help Article, https://help.webex.com/article/utqcm7, at 4.

**Ingress Mechanisms**

This section covers the mechanisms by which an interaction can enter Webex CC. Based on the media type, the mechanisms by which an interaction reaches Webex CC are different.

For example, in telephony there is physical infrastructure provisioning needed to enable PSTN connectivity, configuration of the phone numbers, and routing the calls to Webex CC.

For email / messaging channels, the ingress configuration must be done in Webex Connect and it involves email/messaging account provisioning and Webex Connect flow configuration.

**Inbound Voice**

For voice calls, a typical scenario is where users dial a PSTN phone number which then gets connected to the contact center. From an ingress perspective, this needs a mechanism to route calls from PSTN to Webex CC.

The following figure illustrates the voice call ingestion to Webex CC.



*Ingress Options for Inbound Voice*

The Voice Ingress Services in Webex CC performs third party call control using SIP and answers the incoming call as well as perform transfer, conference, and other call control operations.

The logical entry point for calls in the Webex CC is the configuration entity named 'Entrypoint'. For Voice ingress, the key configuration of Entrypoint is the phone number associated with it, which is typically a valid PSTN phone number obtained from chosen PSTN provider.

This enables detecting incoming calls on the phone number, associate the call to Entrypoint and use other configuration parameters of the entry point to handle the call as per the Webex CC Flow definition that should be triggered for the interaction.

178

---

[178] Webex Contact Center Architecture Help Article, https://help.webex.com/article/utqcm7, at 5.







---

[179] Cisco Live Presentation entitled "Exploring Webex Contact Center Functionality and Use Cases," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2023/pdf/BRKCCT-2724.pdf, at 13.

[180] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 14.

[181] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 19.





[182] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 34.

[183] Cisco Live Presentation entitled "Understanding Real-time Media Handling for Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2723.pdf, at 35.

184

102.    As shown below, the Webex Contact Center pauses establishment of the communication connection without soliciting action by the first party. Therefore, Cisco performs claim element 1[B] of the '303 Patent.



185

---

[184] Cisco Live Presentation entitled "Understanding Your PSTN Options for the Cisco Webex Contact Center," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-2023.pdf, at 39.
[185] https://help.webex.com/en-us/article/np2fdx/Understand-Routing-and-Queueing-in-Webex-Contact-Center





188

## About Contact Routing

The Routing Strategy module provides a flexible environment for routing contacts to the best resource, regardless of location. Each incoming contact arrives at an entry point, from where it's sent to queue for distribution among teams at contact center sites according to scheduled routing strategies, scheduled team capacity strategies, and queue precedence settings specified in the Routing Strategy module.

In addition, if your enterprise uses the outdial feature, each outdial call passes through an outdial entry point and outdial queue according to routing strategies in the Routing Strategy module.



**Note**  Although the examples in the following sections refer to phone contacts, the same contact routing options are available to other media types.

## Basic Contact Routing

An incoming call arrives at an entry point where the caller is presented with three options. After the caller selects an option, the call is sent to a queue, where it waits for an agent to become available on one of the teams servicing that queue.

Each entry point and queue is associated with one or more routing strategies, which control how calls get serviced at specified time intervals, including what call control script to use to treat the call and what audio file to play when a call arrives or is waiting in queue.

In addition, the routing strategy for a queue specifies which teams receive calls and in what order, how long the call can wait in queue (before it gets distributed to an overflow destination number), and fail-over settings for agents and teams. You can specify one of the following options for identifying an agent to service a call:

**Cisco Webex Contact Center 1.0 Setup and Administration Guide**    103

- Longest Available Agent—Incoming calls get directed to the agent who has been available for the longest time.

- Load Balance—Incoming calls get distributed among a group of teams based on ratios specified in the strategy.

- Priority Based—Incoming calls get distributed to agent teams based on a priority rating assigned to each team.

- Skill Based—Incoming calls get distributed to agents who possess a required set of skills, such as language fluency or product expertise.

189

---

188    Cisco Live Presentation entitled "Webex Contact Center Routing and Flow Orchestration," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/BRKCCT-2028.pdf, at 37.

189    Cisco Webex Contact Center 1.0 Setup and Administration Guide, previously available at https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, also available at: https://web.archive.org/web/20230116083814/https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/Setup-and-Administration-Guide-WxCC-10/b_mp-release-1.pdf, at 103-104.

## Features and benefits

### Routing and queue management

Webex Contact Center intelligently distributes calls across:

- Teams and agents in multiple sites
- Remote agents

Routing strategies can be created to leverage skill assignments at the team or agent level.

Agent availability and skill sets are accurately matched with customer priority, value, and needs. Agents are more productive, and customers are better served.

From a simple, user-friendly interface, supervisors can change routing strategies without knowing complex scripting languages. This allows customer organizations to maximize resources and respond quickly to changing conditions.

Modifications to routing strategies take effect immediately and can be applied to current calls in queue.

With Webex Contact Center, calls are queued in the cloud network, not on-premises based equipment. This approach provides substantial savings in telecom hardware, toll charges, and bandwidth. The ability to centrally manage contact center resources on a global level eliminates variances in queue times among sites and lowers administration expenses.

### Routing type options

Webex Contact Center offers a full range routing options to serve a variety of contact center needs.

Webex Contact Center supports routing strategies that take into account the real-time nature of channels such as voice and chat. This allows administrators to define the number of simultaneous real-time interactions an agent, team, or site should be tasked with handling at any given time. Alternatively, agents, teams, or sites may be set to an "exclusive" routing status, whereby they are only accountable for one conversation at a time.

### Routing options include:

**Skills-based routing:** This helps contact centers manage agent skill sets at a granular level to optimize call routing strategies. Agents can be assigned multiple skills and skill types based on their proficiencies. Agents' skills can be defined as:

- A proficiency score of 1 to 10
- A "true" or "false" value
- A predefined value
- Free-form text

**Longest available agent routing:** Incoming contacts get directed to the agent who has been available for the longest time.

**Capacity-based team routing:** Allows routing of calls to phone numbers, without requiring agents to sign on to the system. This is effective when the people taking the call are not traditional call center agents or the calls may be answered by voicemail, answering machines, or hunt groups.

The capacity-based team does not have specific agents assigned to it, and the agents do not use the Webex Contact Center agent desktop. A capacity-based team might be used to represent a voice mailbox or an agent group that is not managed by the Webex Contact Center system. The capacity of such teams is determined by the capacity setting, which can be overwritten by team capacity strategies defined in the routing strategy module.

Global routing overrides can be applied to one or more entry points.

### Call distribution

Call distribution configuration, management, and reporting is managed through the web-based Webex Contact Center flow builder. Access rights are restricted by user login, so customer administrators or supervisors can only manage the sites for which they are responsible.

© 2023 Cisco and/or its affiliates. All rights reserved.

webex by cisco

190

---

[190] Cisco Webex Contact Center Datasheet, https://www.webex.com/content/dam/wbx/us/documents/pdf/CM-1440_Webex_Contact_Center_Data_Sheet.pdf, at 5.



191

103.    As shown below, during said pausing, the Webex Contact Center transmits selected content toward the first device and/or the second device. Therefore, Cisco performs claim element 1[C] of the '303 Patent.



192

---

191 Webex Contact Center Architecture Help Article, https://help.webex.com/article/utqcm7, at 10.
192 Cisco Webex Contact Center Desktop Guide, previously available at https://desktop.wxcc-us1.cisco.com/help/webexcc_r_30-courtesy-callback.html.

- Call Control (answer, hang-up, hold, resume, conference, transfer), Click to call, Call recording pause/resume (Future)

CISCO *Live!*

193



CISCO *Live!*

194

## Manage Voice Contacts

- About the Voice Channel, on page 13
- Answer a Call, on page 13
- Pause and Resume Recording During a Voice Call , on page 14
- Enter Call-Associated Data, on page 14
- Hold and Resume a Voice Call, on page 14
- Transfer a Call, on page 15
- Consult with Another Agent During a Call, on page 16
- Create a Conference Call, on page 19
- Make an Outbound Call, on page 20
- End a Voice Call, on page 21

### About the Voice Channel

You can use Agent Desktop to receive and respond to customer calls depending on the permissions assigned to you by the Organization Administrator.

### Answer a Call

You can receive a customer call if the Organization Administrator provides you the necessary permissions.

When you receive a call from a customer, a notification dialog box or the voice contact card appears in the **Active Contact List** under the **Voice** and **All** tabs in the Agent Desktop. The dialog box displays the phone number of the customer, the queue that routed the call to you, and a timer indicating from how long the call is offered to you. You can see the status of the contact as **RINGING**.

If the voice contact card is not accepted within the configured timeout interval, the notification card blinks for some time in the **Active Contacts List**. Then, the system changes your status to Ring On No Answer or **RONA**.

When you are in **RONA** state, you cannot receive any contacts. You will have to manually change your status from **RONA** to **Available** state to receive contacts of any media channels including new voice contacts.

When you receive a call, use your physical phone to answer it. The status of the call changes to **CONNECTED** in Agent Desktop.

While helping your customers, you can do the following tasks:

Cisco Webex Contact Center 1.0 Agent Desktop User Guide     **13**

195

## About Agent Desktop

The Agent Desktop provides a single browser-based application that enables agents to interact with customers using voice, chat, or email. Depending on the configuration of your agent profile by the Cisco Webex Contact Center administrator, you can communicate with customers through one, two, or all the three channels.

The Agent Desktop user interface is divided into three sections. The left and right sections have the contact and contact information respectively. You can see all the conversations in the center pane.

196

### End-to-end customer experience management

- Agents benefit from complete customer interaction history in a single interface, regardless of channel – empowering them with full visibility.

- Close the feedback loop with experience management by offering post-interaction surveys delivered to the customer via text, email, or interactive voice response (IVR) to capture immediate feedback and proactively manage and measure customer sentiment.

- Agents have real-time visibility into previous customer survey responses to personalize interactions.

197

---

195  Webex     Contact     Center     1.0     Agent     Desktop     User     Guide, https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/desktop_10/webexcc_b_10-desktop-user-guide.pdf, at 13.

196  Webex     Contact     Center     1.0     Agent     Desktop     User     Guide, https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/desktop_10/webexcc_b_10-desktop-user-guide.pdf, at 1.

197  Webex     Contact     Center     brochure, https://www.webex.com/content/dam/wbx/us/documents/pdf/all_new_webex_contact_center_brochure.pdf, at 5.





198 Webex Contact Center brochure, https://www.webex.com/content/dam/wbx/us/documents/pdf/all_new_webex_contact_center_brochure.pdf, at 9.
199 Webex Contact Center brochure, https://www.webex.com/content/dam/wbx/us/documents/pdf/all_new_webex_contact_center_brochure.pdf, at 11.



200



201

104.    As shown below, after one of the first party and the second party terminates the communication connection, the Webex Contact Center transmits additional content toward the first device and/or the second device. Therefore, Cisco performs claim element 1[D] of the '303 Patent.

---

200    Webex Contact Center brochure, https://www.webex.com/content/dam/wbx/us/documents/pdf/all_new_webex_contact_center_brochure.pdf, at 14.
201    Cisco Live Presentation entitled "Webex Contact Center Developer Overview," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/DEVNET-1699.pdf, at 17.



---

202 Webex Contact Center brochure, https://stage.webex.com/content/dam/wbx/us/documents/pdf/all_new_webex_contact_center_brochure.pdf, at 6.
203 Cisco Live Presentation entitled "Webex Contact Center Developer Overview," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/DEVNET-1699.pdf, at 10.



²⁰⁴

105.    As shown below, in the Webex Contact Center the selected content comprises information regarding a previous transaction between the first party and the second party. Therefore, Cisco performs claim element 1[E] of the '303 Patent.



²⁰⁵

---

²⁰⁴ *Id.*
²⁰⁵ Cisco Webex Contact Center Desktop Guide, previously available at https://desktop.wxcc-us1.cisco.com/help/webexcc_r_30-courtesy-callback.html.



206



207

## About Agent Desktop

The Agent Desktop provides a single browser-based application that enables agents to interact with customers using voice, chat, or email. Depending on the configuration of your agent profile by the Cisco Webex Contact Center administrator, you can communicate with customers through one, two, or all the three channels.

The Agent Desktop user interface is divided into three sections. The left and right sections have the contact and contact information respectively. You can see all the conversations in the center pane.

208

### End-to-end customer experience management

- Agents benefit from complete customer interaction history in a single interface, regardless of channel – empowering them with full visibility.

- Close the feedback loop with experience management by offering post-interaction surveys delivered to the customer via text, email, or interactive voice response (IVR) to capture immediate feedback and proactively manage and measure customer sentiment.

- Agents have real-time visibility into previous customer survey responses to personalize interactions.

209

---

206 Cisco Live Presentation entitled "Webex Contact Center Capabilities and Roadmap," https://www.ciscolive.com/c/dam/r/ciscolive/global-event/docs/2022/pdf/BRKCCT-1016.pdf, at 41.

207 Cisco Live Presentation entitled "Webex Contact Center – Data and Analytics Lab," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/LTRCCT-2011.pdf, at 72.

208 Webex Contact Center 1.0 Agent Desktop User Guide, https://www.cisco.com/c/en/us/td/docs/voice_ip_comm/cust_contact/contact_center/webexcc/desktop_10/webexcc_b_10-desktop-user-guide.pdf, at 1.

209 Webex Contact Center brochure, https://www.webex.com/content/dam/wbx/us/documents/pdf/all_new_webex_contact_center_brochure.pdf, at 5.



210



211

---

210 Webex Contact Center brochure, https://www.webex.com/content/dam/wbx/us/documents/pdf/all_new_webex_contact_center_brochure.pdf, at 9.
211 Webex Contact Center brochure, https://www.webex.com/content/dam/wbx/us/documents/pdf/all_new_webex_contact_center_brochure.pdf, at 11.



212



213

106.    As shown below, in the Webex Contact Center the additional content comprises information regarding a new transaction conducted between the first party and the second party during the communication connection. Therefore, Cisco performs claim element 1[F] of the '303 Patent.

---

212    Webex    Contact    Center    brochure, https://www.webex.com/content/dam/wbx/us/documents/pdf/all_new_webex_contact_center_brochure.pdf, at 14.
213    Cisco    Live    Presentation    entitled    "Webex    Contact    Center    Developer    Overview," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/DEVNET-1699.pdf, at 17.



214





215



216

---

214    Webex    Contact    Center    brochure, https://stage.webex.com/content/dam/wbx/us/documents/pdf/all_new_webex_contact_center_brochure.pdf, at 6.
215    Cisco Live Presentation entitled "Webex Contact Center Developer Overview," https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2024/pdf/DEVNET-1699.pdf, at 10.
216 *Id.*

107. As shown below, in the Webex Contact Center the first device and/or the second device display the additional content after receipt. Therefore, Cisco performs claim element 1[G] of the '303 Patent.







108.    Based on the above, Cisco directly infringes at least claim 1 of the '303 Patent.

109.    On information and belief, Cisco has been performing and continues to perform each and every limitation of at least exemplary claim 1 of the '303 Patent.

110.    In addition to direct infringement by making, using, offering to sell, selling, and/or importing the Accused Products in the United States, since at least the date of first learning of the '303 Patent, through its actions, Cisco has also indirectly infringed and continues to indirectly infringe the '303 Patent in violation of 35 U.S.C. § 271(b).

111.    Cisco has indirectly infringed and continues to indirectly infringe the '303 Patent by inducing third parties to directly infringe that patent.

112.    Cisco had actual knowledge of the '303 Patent and of its infringement of that patent at least as early as the date of filing and service of this Complaint. Where acts constituting direct infringement of the '303 Patent are not performed by Cisco, such acts constituting direct infringement of the '303 Patent are performed by Cisco's customers or end-users who act at the direction and/or control of Cisco, with Cisco's knowledge.

---

[219] *Id.*

113.    Cisco advertises the infringing Accused Products, publishes specifications and promotional literature encouraging customers to operate the Accused Products, creates and/or distributes user manuals for the Accused Products that provide instruction and/or encourage infringing use, and offers support and/or technical assistance to its customers that provide instructions on and/or encourage infringing use.[220]

114.    Plaintiff is informed and believes, and on that basis alleges, that Cisco indirectly infringes at least exemplary claim 1 of the '303 Patent by active inducement in violation of 35 U.S.C. § 271(b), by at least manufacturing, importing, supplying, distributing, selling, and/or offering for sale the Accused Products to its customers with the knowledge and intent that use of that product would constitute direct infringement of the '303 Patent. Cisco has induced, and continues to induce, direct infringement of the '303 Patent by customers, importers, sellers, resellers, and/or end users of the Accused Products.

115.    End users of the Accused Products, pursuant to Cisco's instructions, indicators, and advertisements, thus each directly infringe the '303 Patent by performing the '303 Accused Methods and/or using the Accused Products.

116.    The acts of infringement by Cisco have caused damage to Plaintiff, and Plaintiff is entitled to recover from Cisco damages sustained by Plaintiff as a result of Cisco's wrongful acts in an amount subject to proof at trial. The infringement of the '303 Patent by Cisco has damaged and will continue to damage Plaintiff.

117.    Vusura has not made, sold, or licensed unmarked articles that practice the '303 Patent, and is entitled to collect pre-filing damages for the full period allowed by law for infringement of the '303 Patent.

---

[220] *See, e.g.,* https://help.webex.com/en-us/article/nee1mb6/Get-started-with-Webex-Contact-Center

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests entry of judgment in its favor and against Cisco as follows:

a)    A judgment that Cisco has infringed and continues to infringe one or more claims of the '092 Patent, either literally or under the doctrine of equivalents;

b)    A judgment that Cisco has infringed and continues to infringe one or more claims of the '741 Patent, either literally or under the doctrine of equivalents;

c)    A judgment that Cisco has infringed and continues to infringe one or more claims of the '303 Patent, either literally or under the doctrine of equivalents;

d)    An award of damages pursuant to 35 U.S.C. §§ 284, 285, 286, and 287 adequate to compensate Plaintiff for Cisco's infringement of the Asserted Patents in an amount according to proof at trial (together with prejudgment and post-judgment interest), but no less than a reasonable royalty, including but not limited to a post-judgment running royalty in lieu of a permanent injunction;

e)    An award of costs and expenses pursuant to 35 U.S.C. § 284 or as otherwise permitted by law;

f)    An award of attorneys' fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by law; and

g)    Such other and further relief, whether legal, equitable, or otherwise, to which Plaintiff may be entitled or which this Court may order.

## <u>DEMAND FOR JURY TRIAL</u>

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and Local Rule CV-38, Plaintiff demands a trial by jury of this action.


Dated:  August 25, 2025

Respectfully submitted,

<u>*/s/ Amir H. Alavi*</u>
Amir H. Alavi
Texas Bar No. 00793239
aalavi@aatriallaw.com
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@aatriallaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@aatriallaw.com
Masood Anjom
Texas Bar No. 24055107
manjom@aatriallaw.com
Brian Simmons
Texas Bar No. 24004922
bsimmons@aatriallaw.com
C. Ryan Pinckney
Texas Bar No. 24067819
rpinckney@aatriallaw.com
Alavi & Anaipakos PLLC
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 751-2362
Facsimile:  (713) 751-2341

*Counsel for Plaintiff Vusura Technology LLC*