-1-

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| VUSURA TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:25-CV-00871-JRG |

**ORDER GRANTING CISCO'S UNOPPOSED MOTION FOR LEAVE TO AMEND**
**INVALIDITY CONTENTIONS**

Before the Court is Defendant Cisco Systems, Inc.'s Unopposed Motion for Leave to Amend its Invalidity Contentions. Having considered the Motion and that the Motion is unopposed, the Court is of the of the opinion that the Motion should be **GRANTED**.